PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE **Southern** DISTRICT OF TEXAS
## **Galveston** DIVISION

**United States Courts
Southern District of Texas
FILED
APR 21 2021
Nathan Ochsner, Clerk of Court**

Julio A. Zuniga #1961551
Plaintiff's Name and ID Number

Darrington Unit / 007
59 Darrington Rd.
Rosharon, Texas 77583
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Sr. Warden Bruce Armstrong
Defendant's Name and Address

Darrington Unit
59 Darrington Rd.
Rosharon, Texas 77583

Asst. Warden Angela Chevalier
Defendant's Name and Address

Mailroom Supervisor / Alexandria Ford
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO
    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: _____
        2. Parties to previous lawsuit:
            Plaintiff(s) _____
            Defendant(s) _____
        3. Court: (If federal, name the district; if state, name the county.) _____
        4. Cause number: _____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: <u>Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X  YES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: <u>Julio A. Zuniga, Saul Chavez, Jairo Rodriguez Antonio Castro - Industrial Workers of the World - Incarcerated Workers Organising Committee - Texas Local Charter - IU613 #1</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>Senior Warden Bruce Armstrong - Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>Deliberate Indifference · Retaliation · Discrimination · Cruel and Unusual Punishment Malice</u>

Defendant #2: <u>Asst. Warden Angela Chevalier - Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
<u>Deliberate Indifference · Retaliation · Discrimination · Cruel and Unusual Punishment Malice</u>

Defendant #3: <u>Mailroom Supervisor - Alexandria Ford - Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
<u>Deliberate Indifference · Retaliation · Discrimination · Civil Rights Violations Malice</u>

Defendant #4: <u>Rickey Garcia / STG - Intelligence · Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>Mail Fraud / Theft · Retaliation · Discrimination · Cruel and Unusual Punishment Malice</u>

Defendant #5: <u>Ibrahim Dumboya · LT. - Darrington Unit 59 Darrington Rd. Rosharon, Texas 77583</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>Deliberate Indifference · Conspiring · Cruel and Unusual Punishment · Retaliation · Discrimination · Malice</u>

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

IT BEGAN JUNE-OCTOBER 2020 - I WROTE UP SR. WARDEN BRUCE ARMSTRONG / ASST. WARDEN ANGELA CHEVALIER AND MAILROOM SUPERVISOR - ALEXANDRIA FORD FOR CONSPIRING TO ENTRAP INMATES W/ STG-INTELLIGENCE CONTRABAND, CRUEL AND UNUSUAL PUNISHMENT FOR NOT PROVIDING THE POPULATION W/ AIR CONDITION NOR PROPER RESPITE, I REPORTED 13 PLUS SUICIDES UNDER THESE OFFICIALS, AND 2 SUICIDES BACK TO BACK IN SEPTEMBER, DISCRIMINATION AND RETALIATION BEGAN BY INTERFERING WITH MEDIA MAIL / LEGAL MAIL, NO ACCESS TO COURTS, NO ACCESS TO COMMISSARY, NO ACCESS TO GRIEVANCE, AND ASST. WARDEN ANGELA CHEVALIER, SET-ME UP, BY USING IBRAHIM DON BOYD (LT.) TO STOP ME FROM PRACTICEING FREE SPEECH, FREEDOM OF PRESS, AND ASSEMBLY. MAILROOM SUPERVISOR - ALEXANDRIA FORD / WARDEN ARMSTRONG / SGT. ESTRADA / OFFICER SANDOVAL, OFFICER REYES, OBASEKI, PENNY, WERE SENT TO STEAL LEGAL MAIL, FOR REPORTING STATEWIDE CORRUPTION SCHEME TO MY ATTORNEY - CHARLES MARTIN - SCFO. IT CONTAINED FIRST AMENDMENT DISCLAIM.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEEKING PUNITIVE DAMAGES FOR RETALIATION, DISCRIMINATION, MENTAL ANGUISH, DELIBERATE INDIFFERENCE, CONSPIRING TO ATTACK MY IDEOLOGY AND UNION MEMBERSHIP ON FILE. MALICE

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
   N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
   N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __X__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?      ____YES ____NO

Rev. 05/15

4

   C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✗ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that issued warning (if federal, give the district and division): _____

      2. Case number: _____

      3. Approximate date warning was issued: _____

Executed on: 3/27/21
          DATE

Julio A. Zuniga
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  27TH  day of  March , 20 21 .
        (Day)        (month)      (year)

Julio A. Zuniga #1961551
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Sep-4, 2020

OCT 2-3-2020

**Texas Department of Criminal Justice**
**STEP 2 OFFENDER GRIEVANCE FORM**

Offender Name: Julio O Zumega IWW Howton  TDCJ # 1961551
Unit: DR  Housing Assignment: IWOC-Kansas H-2-05T
Unit where incident occurred: DARRINGTON UNIT DR

OFFICE USE ONLY
Grievance #: 2020169830
UGI Recd Date: SEP 10 2020
HQ Recd Date: 9-10-20
Date Due: 9-25
Grievance Code: 506-930-508
Investigator ID#: 1-2448
Extension Date:

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because...

ADMINISTRATION IS RECEIVING BUNDLES OF GRIEVANCES ABOUT THESE SERIOUS ISSUE'S, AND THE SAME OFFICIAL'S DO EVERYTHING to downplay it. — people are getting sick and falling OUT IN RECORD #'S,... AND NOTHING IS BEING DONE. I'm a an ORGANIZER WITH THE IWW/IWOC'S... AND WE HAVE attempted to bring attention, thru IGO'S, Phone Zap,... And OPEN communications, ALL WE GET IS THREATENED WITH A CASE AND SOLITARY. ALL OF THESE ISSUE'S ARE FACT'S,... AND ALL YOU HAVE TO DO IS LOOK THRU THE Cameras to SEE these ISSUE'S ARE VERY OBVIOUS, EVEN THE URINAL SPILL'S OVER, YOU CAN check WORK ORDER'S,... ALL THE INMATE GTS Phone'S ARE OUTDATED AND DEFICIENT,... ALL DEFECT'S INCLUDE, VOIZE RECOGNITION AND BUTTON'S STUCK, AND SPEAKER'S MICE CRACKLIN AS IF ABOUT to give. WE HAVE NO VIRTUAL VISITATIONS INSTALLED YET, NOR CORELINKS, TDCJ has NOT TAKE the ELEMENT OF HUMANITY SERIOUS, OR ANIMAL Right's,... WE ARE FORCED to SLAVE ON THE PLANTATION, AND THE Chicken Coop's are Flooded with Fecal MATTER AND CARCASSES,... IT'S POURING ONTO THE Roads. People Asking FOR Respite ARE FINDING themselves locked up FOR ASKING FOR IT. SUPERVISOR'S ARE Alleging RETALIATION, AND THE Chain OF command has NO Respect FOR Majors or WARDEN'S,... THIS IS THE Reason why A/C NEED'S to be RE-Routed TO OUR Dayroom's,... ALL OUR PLUMBING IS WRECKED, WE NEED our Cell's painted to keep Roache's out OF paint chip's. ASST. WARDEN SAY's SSI'S CONSTANTLY CLEAN ON ALL SHIFT'S, THIS IS FALSE, AND SHE BELIEVE'S A WINDOW AND A FAN IS ENOUGH TO DEAL WITH

(OVER)

I-128 Front (01-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

Appendix G

> Triple Digit Heat - in [illegible] If we can't count [on TX] To do the right thing, [illegible] is irrelevant process always blocked by the [illegible] 2 indigents pieces/character, is this how TDCJ conducts Buisness? Playing with Human lives, is TDCJ Policy? What about the Policy on Human Right Violations, Can we get a copy of that?

Offender Signature: _[signature]_       Date: Sept 9, 2020

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. You were appropriately advised at Step 1 level. Please refer to that response. The Darrington Unit is following all TDCJ policies and procedures. TDCJ follows the guidelines set forth by the Center for Disease Control regarding the management of COVID-19 in Correctional facilities. No further action warranted by this office.

H. M. Pederson

Signature Authority: _[signature]_       Date: SEP 24 2020

Returned because:  *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission       CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission       CGO Initials: _____
Date UGI Recd _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission       CGO Initials: _____
Date UGI Recd _____
Date CGO Recd _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)       Appendix G



ACCEPT AS ORIGINAL  ACCEPT AS ORIGINAL

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: JULIO A. ZUNIGA   TDCJ # 1961531
Unit: DA   Housing Assignment: H-2/-057
Unit where incident occurred: DA

OFFICE USE ONLY
Grievance #: 2021009917
UGI Recd Date: OCT 8 2020
HQ Recd Date: 10-8-20
Date Due: 10-23-20
Grievance Code: 930/506
Investigator ID#: 2589
Extension Date: _____

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

DUE TO UNACCEPTABLE COVID-19 PROTOCOL'S, AND REFUSAL'S OF PHONE CALL'S, A.D. SE DEMONSTRATED A SIT-IN, TO GET WARDEN'S ATTENTION, NOW, their only classic REACTION is to RETALIATE ON OFFENDER'S, CAUSING TWO OF THEM TO DIE BY SUICIDE, that bring's Asst. WARDEN'S Chevalier body count # 12.
People are not standing for it, Neither am I,.. I'm an Organizer with IWW-IWOC Kansas City, Mo., have brought attention to ill working condition's on MAJOR PENKOENSKY'S FARM, the ill treatment includes the LACK OF SAFETY equipment,... DUST MASKS, gloves,... Field sq. 5/? have SUSTAINED INJURIES FOR LACK OF SUCH equipment, WARDEN's Fail To acknowledge this in my Step 1, ALSO, SABOTAGED MY PHONE ENROLLMENT intentionally, because I had JUST got it REPAIRED IN August. Darrington Administration has lost all form's of Respect for Human LIFE AND ARE NOW ATTACKING my FIRST Amendment rights to Free Speech,.. I am an Investigative Freelance Journalist, AND have been Assisting the WORKERS in Combating THESE INCOMPETENT WARDENS, AND MAJORS,.. ALL THEIR Retaliation's ARE because we want to BE FED AFTER WORKING YOUR FARM, picking HUNDRED'S OF THOUSAND'S OF EGG'S, WE CAN'T EVEN GET A DECENT MEAL. I'm involving MORE ORGANIZERS NOW, Fight Toxic Prisons, IWOC-KC, IWW-DC, WPO, AND #PrisonsKill, UNTIL you have Regional come and

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

ACCEPT AS ORIGINAL

See the inmates and talk to them about the ill treatment, cruel and unusual punishment, I am going to begin going to the State Reps, Senators, and Governor's office.

Offender Signature: Julio A. Zuniga — IWN—Houston   Date: 10/6/20

Grievance Response:

An investigation has been conducted into your complaint. Records show you had nine completed outgoing calls from 10/08/20 to 10/14/20. Present only one issue per grievance as stated in the Offender Grievance Operations Manual. No further action is warranted.

These 9 calls include reporting of suicides on both Armstrong & Chevalier. #1461551

Signature Authority: [signature]   Date: OCT 19 2020

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)   Appendix G



# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**Offender Name:** JULIO A ZUNIGA  **TDCJ #** 1961551
**Unit:** DA  **Housing Assignment:** E-3-12 B208
**Unit where incident occurred:** DA

**OFFICE USE ONLY**
Grievance #: 2021028512
UGI Rec'd Date: 12-4-2020
HQ Rec'd Date: RECEIVED DEC 1 1 2020
Date Due: 1-3-2021
Grievance Code: 400
Investigator ID#: 20042704
Extension Date: 2-2-2021

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Asst. WARDEN Chevalier has been campaigned on for the past 7 mos, for "Racial Discrimination" in the Disciplinary Dept. I have been CASE FREE for 6 mos,.... The "Threatening an Officer" case was found guilty, even though OFFICER CHOKW never confessed to any threat during investigation,... Administration Refused to Preserve Video, after being asked twice,... that would further prove, on CAMERA that OFFICER TRIED HIT ME with his MACE CAN,... NEVER Spraying it, he attempted to strike me over the head. Retaliation By Administration continues today, because of my ideology,... in the Mailroom, illegally imposing their brand of oppression for my beliefs. Which are that ALL people in TDCJ should get PAID for LABOR,... AND Parole guideline REFORM should belong to the Inmates in 2021. I am being RETALIATED ON By This TDCJ Administration for being A UNION MEMBER, who cares for the safety of workers Health, that is the only Reason they are Retaliating on me. TDCJ has been WARNED By City Council Members, and State Representatives and Abolitionist's ARE watching this Administration as they continue to OPPRESS ME. ONLINE, thru MEDIA outlets,... EXECUTIVES, I've garnered all the outside support to show and prove that the only Reason why I am G5 IS BECAUSE OF my COVID-19 Campaigning AND WORKERS SAFETY. I have proof ONLINE, by my OUTSIDE SUPPORTERS, AND UNION Members that I have been strongly trying to bring change to TDCJ.

I-128 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix G

DARRINGTON UNIT, but you treat it as a threat,... I am going to ASK that YOU OVERTURN THIS CASE, — IT'S TO EXCESSIVE AND IF YOU WANT TO CONTACT THE People MY UNION IS IN TOUCH with go TO IWW.ORG / JOE WOBB / BRIANNA PERIL / J. CAMERON MANCINI OVERTURN FRIVALOUS DISCIPLINARY CASE!

**Offender Signature:** Julio G. Zuniga      **Date:** DEC 4, 2020

**Grievance Response:**

Major Disciplinary case #20210043663 has been reviewed by the Central Grievance Office. There was sufficient evidence to support the finding of guilt, no due process or procedural errors were noted, the punishment imposed was within the established guidelines, and the elements of the charge were met. Therefore, there is no valid reason to warrant overturning this disciplinary case.

J. Back

**Signature Authority:** J Back      **Date:** MAR 1 5 2021

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**      CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**      CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**      CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                      Appendix G

# Send Money

**jpay** A Securus Technologies Company

Inmate Search | Prison Search | Help

Home | Send Money | Email | Phone Time | My Account

**Send Money**
Recurring Payments
Transfer History

## Send Money    ① — ② — ③

Your account name does not match any name on the DOC approved list for this offender. Your name must match the DOC approved list for the offender in order to send money. To become an approved sender, please contact the offender.

Please confirm your offender's name.

Offender: **Julio Zuniga**
#01961551
Texas Department of Criminal Justice

**JPay.com**
- Home
- About
- Inmate Search
- Prison Search
- Contact Us
- Help

**Inmate Services**
- Money Transfer
- Email & VideoGram
- Education
- JPay Tablets
- JPay Video Connect

**Parole & Probation**
- Restitution
- Supervision Fees
- Court Fees
- Self-Report Fees
- Release Cards

**Social**
- blog.jpay.com
- Facebook
- Twitter
- Our Community

Are You a Corrections Agency?

Legal Agreements | Consumer Protection | Privacy Policy    A Securus Technologies Company    © 2002-2021 JPay LLC All Rights Reserved

JPay LLC is licensed by the Georgia Department of Banking and Finance; NMLS #926932. We are also licensed as a Money Transmitter by the New York State Department of Financial Services.

---

MY PRIMARY SOURCE OF FINANCIAL SUPPORT HAS NOT BEEN ALLOWED TO UPLOAD $ AS OTHER HAVE NOT ON MY VISITATION -1ST. I AM NOT "SPD", I AM NOT A PROBLEMATIC INMATE, JUST BECAUSE I AM TEXAS LOCAL CHAPTER - IWOC - IWW DELEGATE ELECT. I AM AN ABOLITIONIST/ANARCHIST AND MY IDEOLOGY HAS NOT CHANGED, REGARDLESS OF STATE IMPOSE TORTURE AND REPRESSION BY DARRINGTON WARDEN B. ARMSTRONG. HIS ACTIONS TO RETALIATE/DISCRIMINATE ON ONE MEMBER OF THE IWW; HAS TURN INTO AN ALL OUT ATTACK ON THE ENTIRE UNIT,... FOR WE ARE MANY IN DARRINGTON. I REPORT OVER 50 MEMBERS OF IWOC IN AD. SEG ALONE; E-LINE/B-LINE/D-LINE. UNPROVOKED MAILROOM RETALIATION ON OTHER MEMBERS, AND VICIOUS TORTURE TACTIC'S ARE STILL BEING IMPOSED, JUST TO ATTACK IDEOLOGY, AND DEBILITATE INMATES.

2 - I tried again today to send you $

$20 from, $40 from Spencer

D, you know why it says I'm not on your approved list

— M

3/1/21

JULIO ZUNIGA #1761331
59 DARRINGTON RD
Rosharon, TX 77583

US DIST C
601 Rosenber
Galveston, TX.