Offender Grievance Operations Manual
October 2003

I-128 Front (Revised 9-1-2001)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

CAPTAIN LANCE. REFUSING TO CLEAN AND SANITIZE SERVING AREAS
REFUSING TO REPORT WATER CONTAMINATION.
       INTENTIONALLY CONTAMINATING FOOD
       ASST.WARDEN RATCLIFFE SENT OFFICERS TO ASSAULT
UNION MEMBER - JOSHUA JENNINGS. HE WAS SEXUALLY ASSAULTED.
       RISK MANAGEMENT - MRS. LEONARD IS REFUSING TO
REPORT MISCONDUCT BY STAFF... BECAUSE INMATES ARE SPEAKING
OUT AGAINST INTENTIONAL WATER POISONING BY SR. WARDEN
BRUCE ARMSTRONG.
              MRS. WAGNER IS DENYING EVERYONE ACCESS
TO COURTS, MRS. LINCOLN-MOON IS DENYING GRIEVANCE
PROCESS FOR MASS COMPLAINT OF (H-PYLORI) CRISIS ON
THIS UNIT, — ALL MISCONDUCT IS VERIFIABLE BY MR. SCROGGINS
AND Sg. 2/4/5 FIELD SQUAD INMATES
              THE ROACHES ARE IN OUR FOOD, AND SERVING
AREAS, — AND "DELIBERATELY", ALL OFFICERS ARE GIVEN BOTTLE
WATER, AND INMATES ARE FORCED TO TAKE (H-PYLORI) MEDICATION
WITH CONTAMINATED ROACH INFESTED WATER.
              THE CHOW-HALL IS UNDER ATTACK BY ADMINISTRATION
ON CAMERA 6/15/21, .. G2 OFFENDERS GET FED
DIFFERENTLY THAN AD. SEG/G4 INMATES   WE ARE STILL
TESTING POSITIVE FOR (H-PYLORI) AND PEOPLE WANT TO
FILE CLASS ACTION, BUT ARE REFUSED ACCESS TO COURTS BY
MRS. WAGNER, ... ALL VERIFIABLE BY I-60
OUR FOOD AND WATER IS INTENTIONALLY UNDER ATTACK.
              AND NO THING IS BEING REPORTED TO HUNTSVILLE
MEANING DIRECTOR BOBBY LUMPKIN/BRYAN COLLIER IS NOW INVOLVED
IN DIRECTING WARDENS TO RETALIATE ON UNION MEMBERS AS A WHOLE.

---

*Give reason for appeal (Be specific).   I am dissatisfied with the response at Step 1 because...*

*You must attach the completed Step 1 Grievance with this Step 2 appeal, or your Step 2 appeal will not be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

| | | |
|---|---|---|
| Extension Date: | | Unit where Incident occurred: |
| Investigator ID #: | JUN 2 2 2021 | Unit: |
| Grievance Code: | Housing Assignment: | Offender Name: |
| Date Due: | FILED Southern District of Texas United States Courts | |
| HQ Recd Date: | | |
| UGI Recd Date: | | |
| Grievance #: | | |

OFFICE USE ONLY

**STEP 2**  OFFENDER GRIEVANCE FORM

**Texas Department of Criminal Justice**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Offender Signature:** _____   **Date:** _____

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

:O Staff Signature: _____

**OFFICE USE ONLY**

__Initial Submission__               CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

__2nd Submission__                CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

__3rd Submission__                CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**I-128 Back (Revised 9-1-2001)**

JUL-10 (A) ZUNIGA #1963554
PREEMPTIVE
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

7720831010 B001

c/o. NATHAN OCHSNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208

7720831010 B001

LEGAL MAIL