IN THE UNITED STATES DISTRICT COURT
FOR THE  SOUTHERN  DISTRICT OF TEXAS
GALVESTON  DIVISION

Plaintiff's name and ID Number: JULIO A ZUNIGA #1961551

Place of Confinement: DARRINGTON UNIT /007 / 59 DARRINGTON RD. ROSHARON, TEXAS 77583

V. SR. WARDEN BRUCE ARMSTRONG
ASST. WARDEN ANGELA CHEVALIER
MAIL/ROOM SUPERVISOR / ALEXANDRIA FORD
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

Defendant's name and address

United States Courts
Southern District of Texas
FILED
APR 21 2021
Nathan Ochsner, Clerk of Court

CASE NO. _____
(Clerk will assign the number)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Julio A. Zuniga, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?   Yes ☐   No ☒
    b.  Rent payments, interest or dividends?   Yes ☐   No ☒
    c.  Pensions, annuities or life insurance payments?   Yes ☐   No ☒
    d.  Gifts or inheritances?   Yes ☐   No ☒
    e.  Family or friends?   Yes ☒   No ☐
    f.  Any other sources?   Yes ☐   No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    MATT BRODNAX HAS SENT ME OVER $100 dollars in 12 months AND IS MY PRIMARY SOURCE OF INCOME, NOW BLOCKED BY HUNTSVILLE INTENTIONALLY.

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☐   No ☒

    If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐   No ☒

   If you answered **YES**, describe the property and state its approximate value.

   _____
   _____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _27TH_ day of _March_, 20 _21_.

_[signature]_  #1961531
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)