EVERY ONE ON MED'S FOR (H. PYLORI) HAVE REFUSED ACCESS to RESPITE
IN RETOLIATION FOR
Bruce Armstrong
V.
Julio Zuniga
Delegate — IWW-IWOC-LOCAL 613

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JUN 2 3 2021

## NOTICE OF THE RIGHT TO TRY
## A CIVIL CASE BEFORE A MAGISTRATE JUDGE

Nathan Ochsner, Clerk of Court

With the consent of all the parties, a United States Magistrate Judge may preside

in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk.

Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a

magistrate judge.

You may get consent forms from the clerk.

Nathan Ochsner, Clerk

ON CAMERA 6-10-21 — 6/20/21
INMATE IN 14cell/2Row/J-Line IS placed
To SEND MESSAGE To DELEGATE OF What TDCJ- IS ATTEMPTING to do to
ME, FOR UNIONIZING IN TEXAS... Willie RADCLIFFE/ moises villalobos
ARE INTENTIONALLY Breaking this mans minds Further, He'S incapable of
SPEAKING AND CANNOT Keep Hygiene up, IS CAGED IN A cell Smelling of URINE
AND FECES,.. No Light, NO ADMITTANCE to RESPITE. THIS is now
Beginning to be Imposed on me by Following me on CAMERA, AND Closing the
RESPITE AREAS to DENY INCARCERATED WORKERS Organizing Committee —
members Intentionally. / ALL THE WHILE 1/2 A DOZEN people ARE
ON SUICIDE watch, AND 70% of THE unit IS ON MEDICATIONS FOR
INTENTIONAL WATER poisoning... UTMB-MEDICAL STAFF IS Deceiving
INMATES INTO thinking that it's NOT A WATER-CONTAMINANT, AND I'Ve
Already SPREAD out AWARENESS MATERIAL FROM A MEDICAL BOOK to the
INMATES. I AM BEING DENIED ACCESS to COURTS,
RESPITE, GRIEVANCE,.. PHONE ACCESS,— THEY ARE INTENTIONALLY
Jam PACKING the DAYROOM AGAINST COVID-19 POLICY JUST to
MAKE it impossible FOR IWOC'S to REPORT Situation on ground
to MEDIA AND Family. I'm JUST CURIOUS, may I FILE FOR AN
ATTORNEY SIR? IF So, Please ALERT ME, WE NEED COLLECTION OF VIDEO
FOOTAGE TO PROVE ALOT, BUT, I'm SURE

That IF the courts grant me the opportunity to subpoena witnesses,

Donald Scroggins - therapist

Officer Ogu - Co

Dr. Haque -

Dr. Onougu -

Alexandria Ford - who is actively trying to Halt all my mail,
By order of "Bobby Lumpkin"/"Bryan Collier".

I've got Documentation on this.

Charles Martin - Attorney For State is key witness and can
Verify all my phone conversations or allegation's of Retaliation.

The Union has grown exponentially, non-violent organization
of Prison Workers who are against Prison Slavery / and Cruel and
unusual punishment, Are systematically being attacked.

willie Radcliffe is Refusing to give Union members on Med's
For (H-pylori) Respite, He's continually and Daily attacking Union members.

.- Joshua Jennings - Secretary - IWOC - Houston, was sexually Assaulted,
By order of Asst. Warden's / majors Gooden / Cooper.

all verifiable.

The attack's are on our physical Health, .- Risk Management - Howard

Ms. Howard is Refusing to Report Misconduct, and PREA Sgt. Bey.
Refused to Report Assault on Fellow Worker - Jennings.

This is all out attack on IWW - IWOC members, that #
Close to 100 on Darrington, all in AD. Seg areas.

We are being Denied Access to The Courts For Class
Action, .- So Ineed Attorney to Assist. Please Contact:

Hannah Roberts @ (832) 362 - 4922 - IWW - HTX.

My only Support in Houston, .- She's got my Trust.

Again, I apologize For Just Dropping in, but, I have
No other way of Backing the Director's off of me, .- This is clearly
Something They intend on winning against Constitutional
Right's .- They Feel That Law Doesn't Apply to Them. USPO, .- Is
manipulating Union mail - Communication's, so The Brazoria
County Post Office is Helping TDCJ .- In Sabotage of my mail.

Alexandria Ford, .... is still pumping "K2" into the
Unit, .- I can Easily send you A sample of it, .- It's Everywhere.
I'm not a user, .- But They Tried to Set me up. .- I will wait for Response.

Darrington Plantation Unit
59 Darrington Rd.
Rosharon, Texas 77583

NORTH HOUSTON TX 773

21 JUN 2021 PM 3 L

United States Courts
Southern District of Texas
F I L E D

JUN 23 2021

Nathan Ochsner, Clerk of Court

℅
Nathan Ochsner - cLe
United States District Cour
S. District of Texas
P.O. Box 61010
Houston, Texas 77208

LEGAL MAIL            77208-101010

Privileged Inmate Mail Not
Inspected by Texas Departm
Of Criminal Justice
Institutional Division

Sample IWOC
Branch ByLaws
Delegate #: X386969