TDCJ- is still denying me access to courts. I've figured out how to prolong court, on the day's I am set-to-go, and use that as an excuse to argue, threaten, and harrass me,.- Just for asking for the date of the next session,.- The isolation has begun, by Willie Ratliff/ Moises Villalobos / Bridgette Hayes to deny me access on phone to media reporter - Keri Blackinger, to talk about (H-pylori) outbreak and the refusal to test me for High metals;.- Twice now.- I ask to be tested, they start attacking me by taking me out of school, refusing me respite, access to courts, these people will not stop the Deliberate Indifference/ neglect/ and they keep opening my legal mail without a warrant,.- The tactic's TDCJ is using is very visable on cameras; the phone call's to each other, to follow me, and harrass me are still coming from Administration,.- STG's, and the infamous Sgt. Williams (cameraman) He's still harboring resentment for getting Sgt. Estrada removed, Perry, Reyes, Garcia, Dumboyd, Armstrong, for running their Contraband Introduction Ring,.- It's still going on. And from trying to reach out to DEA/FBI to report the operation, again. TDCJ, has been receiving a ton of I-60's to Risk Management, Ms. Howard, to report all misconduct,.- I still report it, so, there is a paper trail,.- Now, they are trying to stop me from accessing important information from Law Library, to continue to report inhumane conditions to House Reps / Senators.

All my union activity is constantly harrassed because inmates are not receiving information about water contamination, and they see how they mistreat me for asking to be tested. Ms. Wagner is still trying to deny me access to the court's by not issueing Lay-in's and then disputing count, so I don't go. This is going on

Now, as it did today, it happened last week, conveniently they called to find out where I was and told Ms. Hudson to say count has not cleared. So, I am in a bind, no access to anyone, I need to have access to courts, and TDCJ & Medical are only getting better at denying me access. For 2 months straight, they've managed to keep me out. I need to be contacted by someone, to talk about this. Thank you for listening.

7-28-21      Julio L. Zuniga

#1961551

United States Courts
Southern District of Texas
FILED

AUG 03 2021

Nathan Ochsner, Clerk of Court

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2021116035
Date Received: JUN 1 - 2021
Date Due: 7-01-21
Grievance Code: 601
Investigator ID #: 2256
Extension Date: ___
Date Retd to Offender: JUL 2 0 2021

Offender Name: Julio (A) Zuniga   TDCJ #: 1966581
Unit: DA   Housing Assignment: H2B3-T07
Unit where incident occurred: DA

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? DR. HAQUE   When? 5/26/21
What was their response? REFUSED TO PROVIDE RESULTS OF X-RAY AND DO BLOOD WORK
What action was taken? ___

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

AGAIN DR. HAQUE IS RETALIATING AND HARRASSING ME BY REFUSING TO GIVE ME, AND SHOW ME MY X-RAYS AND REFUSED MEDICAL TREATMENT FOLLOW-UP TEST FOR WATER BOURNE BACTERIA NAMELY (H-PYLORI) OF WHICH HE SAID I DID NOT HAVE, AND I TESTED POSITIVE FOR. PRESERVE VIDEO OF VISITS IN MAY @ NURSES STATION, AND SIGN-IN DESK. "MALICE" AND "DELIBERATE INDIFFERENCE" IS ALL WE ARE GETTING. I AM EXPERIENCING MORE PAIN, THAT ANTI-BIOTICS ARE NOT HELPING WITH. THIS IS THE 4TH TIME I AM REFUSED ADEQUATE MEDICAL, INTENTIONALLY TO DEBILITATE ME, AND FURTHER COMPROMISE MY HEALTH. THIS IS A TACTIC THAT WARDEN BRUCE ARMSTRONG IS EMPLOYING WITH "HAQUE" TO COVER-UP (H-PYLORI) CONTAMINATION, THAT HE CAUSED INTENTIONALLY, WITH THE HUNTSVILLE DIRECTORS KNOWLEDGE OF IT. (ON CAMERA) IN MARCH-APRIL. PRESERVE VIDEO OF 5/26/21 VISIT TO DR. HAQUES OFFICE IN MAY. REFUSAL TO TREAT ME FOR INTENTIONAL ATTACK ON MY HEALTH BY ADMINISTRATION IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS, BUT YOU KNOW THIS, YOU ARE STILL ALLOWING THE WATER TO POISON MORE MEN.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

REFUSED BLOOD WORK FOR LEAD, ARSENIC, ALUMINUM, PCB'S, TWICE. I want to know my Status of Health.

**Action Requested to resolve your Complaint.** REQUESTING to SEE MY X-RAYS / AND GET RE-TESTED FOR (H-PYLORI)

**Offender Signature:** Julie G. Zuniga **Date:** 5/29/21

**Grievance Response:**

Offender Zuniga, after further review of your medical records, you were seen by the unit provider on 05/18/2021. You were prescribed antibiotics for treatment. On 05/26/2021, you requested another H. Pylori test. You were advised by the provider at this time that you are currently undergoing treatment for H. Pylori, and there was no need for another test at the time. On 05/28/2021, you were seen by the unit provider, and he reviewed your X-Ray results with you. On 06/03/2021, you reviewed your X-Ray results again with the provider, and he referred you to GI. You were seen by GI and assessed on 06/04/2021. If you have any further medical issues, please submit a sick call request. As a reminder of/ the proper grievance process, please submit an I-60 to the medical administrator for medical concerns. It takes 14 days or less to receive a response via I-60 versus 45 days to receive a grievance response.

Betsy A. Zachariah, MBA
Sr. Practice Manager

**Signature Authority:** _____ **Date:** JUL 2 0 2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission  UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission  UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission  UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

I-60

Requesting Bloodwork For Arsenic, Lead Poisoning,.. I'm breaking out in Rashes and Bumps, Allergies are Unbearable.

I was Refused Access to Tele-Med's, Why is That?

Julio A Zuniga / UNOL-Local 613 #1 #1961551

D/A

(PSU)

MEDICAL

RECEIVED JUN 30 2021

MEDICAL                                    6·28·21

H-2-07