Dearest Nathan Ochsner, Clerk of: I am still being blocked from exhausting remedies to file my class action lawsuit,... Industrial Workers of the World - Incarcerated Workers Organizing Committee - Local 613 #1 - of which I currently hold the Delegate position, my Secretary - Joshua Jennings, and over 50+ members on the newly named "Memorial Plantation",... People have been threatened, bribed, assaulted, Ad-Seg'd maliciously,... Retaliation/Harassment continue's on my person till this day, by: Ms. Wagner - Librarian / Ms. Helford - Education Officer / Ms. Umott - C.O. Ms. Lincoln continue's to block access to grievance process. If you not on top left hand corner, the entire unit, receives grievances,... Just to make it seem as they are trying to change, Directors came specifically to my classroom, Just to try to intimidate me, and get me to stop agitating for better conditions,... I am now, being whisked out of class in handcuff's, in front of all the students in an attempt to scare the people, these tactic's are so obvious it's crazy, but, if you take a look at the video for 9/17/21, 9/24/21,... you'll see exactly what I'm talking about,... the Directors are reading all my mail,... and telling all Officer's to try to get me locked up,... I've been drug tested, blocked from Law library, blocked phone access, people are finding it difficult to register on my phone,... They hold my mail, they provoke me, write bogus cases, and are now disrupting my education, by coming in to single me out in front of everyone,... I've been trying to get this lawsuit kicked off for A/C / H-Pylori outbreak / Assault / Torture / I reported Majors Cooper / Godden allowing Ms. Dorber to spit in the face of an-IWOC member (Christopher Yates) who was solicited by majors to drop charges on "Dorber", that she wanted to talk to him, he refused, they attempted to "G5" him, he didn't change his mind. All misconduct has been

Reported to Risk Management - Ms. Howard, tons of I-60's till this day, are weaponized by putting them in the officers hand's so they can retaliate and harrass in Disciplinary Hearings.

Dan Leach is a victim of this,... I am singled out, and am #1 enemy of the entire unit, Directors on down,... I am still fighting with full force, but I am month's and month's behind, TDCJ-Directors are manipulating all staff here to continue to suppress my work, Attack @ will,.... I can't even go to school without the officer's harrassing me, All of them I have reported for misconduct, and managed to prove so much of it, It caused the firing of Sr. Warden Bruce Armstrong - Removal of Moises Villalobos - Assy. Warden / Lt. Cott / Lt. Lucas / Officer Penny / Reyes / Garcia / Estrada / District Attorney - Cynthia Bridges / SCFO - Charles Martin and all witnesses that I want subpenaed for my current case. 3:21-cv-00096. I am now trying to go class action with the Union, since we are not being treated humanely,... And psychological torture is continuing.

I beg the Court's to please allow me to file a "TRO" on all the most malicious officers that "TDCJ" is refusing to remove, and instead use as puppets. I need to file this lawsuit, urgently, before they end of killing one of the IWOC members.

Delegate.
X386969

K1-05T

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: JULIO A ZUNIGA    TDCJ # 1961551
Unit: MEMORIAL    Housing Assignment: K 105 T
Unit where incident occurred: MEMORIAL PLANTATION

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? PHONE OTS/TDCJ HUNTSVILLE DIRECTORS   When? 9/17/21
What was their response? NONE
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

AS A UNION ORGANIZER IN TEXAS, DIRECTORS OF TDCJ-HUNTSVILLE HAVE CONSPIRED WITH SECURUSTECH, to MAKE REGISTRATION OF PHONE ACCESS, AS DIFFICULT OR IMPOSSIBLE FOR 6 MONTHS NOW. LOCAL UNION ORGANIZERS HAVE COMPLAINED TO ME THAT, THEY HAVE THEIR # REGISTERED WITH LOVED ONE'S ON THE SAME SECTION AS ME, AND HAVE TRIED TO REGISTER ON MY PHONE FOR MONTHS, AND IT IS BEING BLOCKED INTENTIONALLY.
    THESE FIRST AMENDMENT RIGHTS VIOLATIONS, CONSPIRING TO ASSAULT IWOC MEMBERS, DENY US OUR BASIC'S, ARE CLEARLY RETALIATIONS that have NOT CEASED. WE AS A UNION, HAVE HAD ENOUGH, - AND ARE SET TO MOVE FORWARD with LEGAL ACTION.
DIRECTOR BOBBY LUMPKIN/ EXEC. DIRECTOR - BRYAN COLLIER MSPC, SCFO-CHIEF, ALL HAVE VIOLATED MY RIGHTS AND THE RIGHTS OF MY MEN IN IWOC LOCAL 613 #1.
    THIS WILL BE A CLASS ACTION LAWSUIT, AIMED DIRECTLY AT HUNTSVILLE, FOR DENYING US, AIR CONDITION/ HEATING / CLEAN WATER / FOR VIOLENCE ON UNION ORGANIZERS AND MORE. YOU KNOW, ALL SUPPORTING DOCUMENTATION IS ON RECORD AND ON OUR COMPUTER DATABASE, WE HAVE PLENTY OF WITNESSES TO SPEAK ABOUT THE VISIT FROM SENATOR JOHN WHITMEYER, AND THE ATTACKS ON IWOC'S SHORTLY THEREAFTER,

SEP 24 2021

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

OUR PEOPLE WILL BE IN CONTACT WITH YOU SHORTLY, WE ARE GOING TO EXHAUST OUR REMEDIES HERE, SO THAT WE CAN MOVE INTO OUR CLASS ACTION.

SEP 24 2021

**Action Requested to resolve your Complaint.** SEND ALL I-60'S SENT TO "RISK MANAGEMENT" BACK TO ME, STOP BLOCKING PEOPLE FROM REGISTERING ON PHONE

**Offender Signature:** Julio A. Zuniga    **Date:** 9/22/21

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant, Refer to grievance # 2021141598
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: _____
Grievance # 2022009433
Screening Criteria Used: #9
Date Recd from Offender: SEP 24 2021
Date Returned to Offender: SEP 24 2021

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

## Texas Department of Criminal Justice
### *INSTRUCTIONS ON HOW TO WRITE AND SUBMIT GRIEVANCES*

1. *Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. *Step 2 appeals must be accompanied by the original, answered Step 1.*

2. An attempt to informally resolve your problem must be made before filing a grievance. *Informal resolution* is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the unit grievance investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. Disciplinary appeals are required to be completed within 30-days. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date returned to offender on the Step 1 to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 40 days to provide you a written response or 45 days for medical grievances. *Present only one issue per grievance.*

3. *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing.*

4. *Complete your grievance using a typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your unit grievance investigator.*

5. *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU unless you are reporting a sexual assault, sexual abuse, or sexual contact on behalf of another offender.
   * The interpretation or application of TDCJ policies, rules, regulations, and procedures.
   * The actions of an employee or another offender, including denial of access to the grievance procedure.
   * Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
   * The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
   * Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. *You may not grieve:*
   * State or federal court decisions, laws and/or regulations;
   * Parole decisions;
   * Time-served credit disputes which should be directed to the Classification and Records, Time Section;
   * Matters for which other appeal mechanisms exist;
   * Any matter beyond the control of the agency to correct.

7. *Established criteria that may be applied to regular grievances, to ensure that the offender has used the grievance program responsibly;* however, most grievances may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
   * Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date returned to offender on the Step 1.)
   * Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only one grievance will be processed every Seven days [with the exception of disciplinary appeals, medical grievances, and emergency grievances].)
   * Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
   * Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents that support your claim, such as I-60's, sick call requests, property papers, and other similar items)
   * No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 form.)
   * No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
   * Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
   * The issue presented is not grievable. (Refer to #6 above.) Disciplinary appeals will not be processed until after the disciplinary hearing.
   * Redundant. (You may not repeatedly grieve matters already addressed in a previous grievance)
   * The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
   * Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

*Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the administrator of the Offender Grievance Program.*

JULIO A ZUNIGA #01716534

MEMORIAL PLANTATION
19 DARRINGTON RD.
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 773
29 SEP 2021 PM 6 L

ATTN: NATHAN OCHSNER — CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208

LEGAL MAIL

77208-101010

CT: 773-270-0284

ORT THIS TO GENERAL SECRETARY-TREASURER-"J. CAMERON MANCINI"

Privileged Inmate Mail Not ... by Texas Depart...

BLOCKED ACCESS TO COURTS - MS. WAGNER
BLOCKED ACCESS TO GRIEVANCE - MS. LINCOLN/ PASCHAL
RETALIATION BY: OFFICERS HELFORD/ UMOH/ SGT. WILLIAMS/ MS. FORD (MAIL ROOM) /
DORBER/ MAJOR GOODEN/ COOPER/ DIRECTOR - BRYAN COLLIER

ENCLOSED: LATEST GRIEVANCE
BLOCKED BY: LINCOLN/
RCVD: 9/27/21 PASCHAL
K 105T/ ON VIDEO

BOBBY LUMPKIN.
9/17/21 — 9/24/21

GAC MAIL 9/28/21 SENT OUT!