"OBIE DANIELS IS A WITNESS that I NEED SUBPEONED AS A WITNESS FOR MY CIVIL LAWSUIT, — A Fellow Worker - Jeremy Lee, took a sample of water from Memorial Unit, to be tested,... AND UNDER microscope, MR. DANIELS, A FORMER Dr. @ UTMB-GALVESTON NOW, an Employee @ ESTELLE UNIT, Told MR. LEE, that the SAME STUFF FOUND IN Sewage WATER, IS FOUND IN OUR DRINKING WATER.

I have been Contesting the Huntsville Administration, AND the unit administration for years now,... Reporting Suicides, AND (H-PYLORI) IN OUR DRINKING WATER,... STATING THAT IT IS AN INTENTIONAL ATTACK ON THE Industrial Workers of the World - Incarcerated Workers Organizing Committee - Local 613 #1, SINCE I brought UNIONIZATION TO TEXAS PRISONS, RIGHT HERE ON this UNIT, hundreds of inmates have been INFECTED with water-BOURNE BACTERIAS, Those who purposefully did that are no longer here, and due to High-Velocity Activism by: IWOC - LOCAL 613 #1 members on Memorial PLANTATION, they have INSTALLED A "MAJOR" TO OVERSEE the Chow-Hall @ this unit,... The Cross-contamination IS DOWN, but, (H-PYLORI) IS STILL Affecting People, and Some people are being REFUSED medical Treatment.

I have still not been Taken to GET my Bloodwork Done @ UTMB-GALVESTON,... FOR High-METALS That ARE CANCER Causing IN Humans. I am being blocked From it, because, "TDCJ", Strategic MOVES OF COVER-UP TACTICIANS, ASST. WARDEN - Angela Chevalier who is now the HEAD WARDEN @ UTMB - AND ASST. Angela Chevalier, is known to have too many Suicides under HER BELT,... NOW, OVERSEEING TDCJ/UTMB Patients.

This is a Really SICK JOKE, AND I am still Actively Raising aware- ness with OUTSIDE NETWORKS that ARE Fighting with: IWOC LOCAL 613 #1.

I have NOT BEEN Allowed to go to LAW LIBRARY,... Again AND my mail WAS OPENED,... IT WAS SEALED Legal mail, OFFICER LOPES OPENED without A WARRANT/OR with me being PRESENT.

I REPORTED THIS TO ASST. WARDEN Willie Ratliffe Sr. WARDEN Bridgette Hayes, AND I have Filed A STEP 1 grievance.

I have A PAROLE ATTORNEY, JUST RECENTLY RETAINED AND I ASK THE COURT To give Him Full ACCESS to my CASE,...

MARKMORALES.com,... I am going to REQUEST FOR my ATTORNEY to SET-UP AN Interview with me, and Record the Conversation, to Share with THE COURT,... I have been RETALIATED ON AND FORCED out OF EDUCATION BY AN OFFICER HEFFORD, Shortly AFTER TDCJ DIRECTORS CAME to SEE ME IN my CLASSROOM 9/17/21 by 9/24/21, the TRAP WAS SET, AND I WAS ESCORTED OUT OF Class IN HANDCUFFS... THIS WAS BECAUSE I am coming up For PAROLE, AND They know my "ITP" IS REQUIRING IT.

Now, I AM Fighting For THEM to REMOVE Mentally UNSTABLE OFFICER - HEFFORD SO I can go Back To School.

IWW - IWOC LOCAL 613 #1, IS READY FOR A CLASS ACTION Lawsuit, but, TDCJ - DIRECTORS KEEP Blocking ACCESS To COURTS,... I have

①

BEEN DENIED ACCESS FOR 2 months this time, Everytime I get my-ins, they follow me around on camera and mess up count just so that I get kicked out by "Ms. Wagner",— I have been attacked by Mailroom, they refused to allow my mail to go out,— that I sent home during a lock-down.— They have increased oppressive tactics on me,— They even gave me disciplinary cases, back to back,— It accumulated to A major disciplinary case,— In the entire time, I would never leave my cell,— I was stationary. They forced me out with cases,— At my Hearing I did not contest anything, I only requested that they not touch my commissary. They found me "guilty" and took (31 days good time.) At UCC, Willie Ratliffe, gave me no punishment, instead he gave me a Line class Promotion - L1/G2, The following Day UCC, Classification Mayra Montez tried to take it, it was shot down by Willie Ratliffe, So, I am L1/G2.— And even though this was an attempt to make amends for past violence, on the unit, It still doesn't mean I don't have an active lawsuit pending. It doesn't change the fact that I am the man that brought unionization to "Texas Prisoners", It doesn't change the fact that I am "Delegate" of this IWOC LOCAL 613 #1.

TDCJ, has recognized this by punishing me for it in Jan. 2021. All on Record. Disciplinary case that reads as follows: "For being A member of A movement, and recruiting members that would more than likely cause a Riot." (Marcus Cooper) Is my witness and needs to be subpoenaed for the courts to see, all these intentional attacks have brought on my mental Health/emotional Health, issues that I have never experienced. I struggle with "PTSD," because of: Angela Chevalier/Bruce Armstrong/Sgt. Williams/ and Sgt. Udochukwu/Officer Chukwu, Onyewuchi.

I am still retaliated on by officers, and it's taking a toll on my mental stability, and the affects of water contaminants are affecting prisoners overall.

Facts are available, and attempts to preserve video have been ignored by administration grievance oversecr - Willie Ratliff. Facts are TDCJ - Huntsville has made me a target, and instructed these officers to Retaliate/Harrass/Intimidate/Provoke with malice and deliberate indifference, irreparable damage has been done.— I am not given access to enough mental health therapy, the counselor I had was moved to Ramsey I unit, I've asked him to be subpoenaed as well. (Ronald Scroggins) And "Charles Martin" Attorney for State,— I am well aware of what TDCJ

(2)

is doing, but, since my IWOC, has grown and is expanding, and now is networking w/ Texas Prison Reform / Texas Civil Rights Project,... The Director's have rushed to try to cover-up the constitutional violations that are a constant,... TDCJ has only brought cosmetic repairs to this institution,... What we aim to do is force change in the real problem, which is Policy and Procedure,... Legislation,... Corruption.

All are verifiable and I aim to prove it to the Court that, the violence brought down on me, by Bruce Armstrong / Angela Chevalier and Staff,... 6 month's of Administrative Segregation, by order of "02", and Solitary Confinement by "01",... Huntsville blocked Family and Friends from putting money on my books, Officer's came to steal my mail, break my ID,... bang on my cell at nights,... For 6 month's, I had no access to commissary, and found out our water was poisoned by TDCJ-Wardens, after the death of Inmate "Jamal Weber." I refuse to leave this unit, because, I created IWOC Local 613 #1 here, and I will never leave my Union members alone to be mistreated by "TDCJ," Corruption Team.

The witnesses from Brazoria County DA's Office, are (Cynthia Bridges - DA) and Sheriff of Brazoria County, who was alerted to corruption and misconduct by TDCJ - Officers Estrada / Williams / Garcia / Reyes / Sandoval / Penny / Reginald Gilbert - (Sgt.)

I am requesting that your office contact my Parole Attorney, to advise him of the Retaliations on my person are simply for "Unionizing Texas Prisoners."

I give the Court permission to release the information he needs to show the Parole Board the truth, not fabricated stories "TDCJ" is creating about me.

My wish is to make all Prison Slavery a thing of the past, and I will go to my grave to ensure it happens.

Thank you for listening.

Julio G. Zuniga
(IWW - IWOC (Local 613))
Delegate # X386969

(3)

JULIO A ZUNIGA #1961551
MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 773
26 NOV 2021 PM 3 L

United States Courts
Southern District of Texas
FILED

NOV 29 2021

Nathan Ochsner, Clerk of Court

C/O NATHAN OCHSNER - Clerk
UNITED STATES DISTRICT C[ourt]
SOUTHERN DISTRICT
P.O. BOX 61010
HOUSTON, TEXAS 77208

LEGAL MAIL

77208-101010