United States Courts
Southern District of Texas
FILED
FEB 02 2022
Nathan Ochsner, Clerk of Court

1/28/22 - Industrial Workers of the World - Incarcerated Workers Organizing Committee - Local 613 #1 (Delegate) Julio A. Zuniga # x386969 / TDCJ #1961551

1/24/22 "Discrimination on (Media mail) was Specifically Targeted on IWOC Delegate, and IWOC members. "Alexandria Ford" took Personal Responsibility and "O3" Willie Ratliffe is Instructing his most corrupt Official's to Assist him. I have Reported the Suicides, and mysterious Death of Union Organizer - Stephen Curtis - (IWOC)

1/13/22 ... @ K3-14 cell - Memorial unit, The Clandestine Poisoning of our IWOC, Discrimination, Harrassment, Retaliation is Increasing. We are Praying the Court Grant the First Union in Texas Prison, to move forward in Class-Actions to bring Change to the Entire TDCJ/TBCJ,... We as a Union, have been attacked For Far too long. Through Legal Action, we will be Protected in Practicing the few right's we still have. They have Deactivated visitors off my list For no Reason, Stopped mail for no Reason, Assaulted and AD-seg'd "Wobblies" For speaking out on Lack of Rehabilitation, Reporting Suicides, No A/C For Workers, No Heating For Workers, No Outside Recreation For Workers, No Clean water For Workers, TDCJ - Refusing "IWOC" Member's Bloodwork for high metal's in water,... TBCJ manipulating Policy to Retaliate on the Unionized Prison Unit with the most members in Texas. We are the Industrial Workers of the World, and we too, are Texans,... For 2yrs, our ideology has been Discriminated on, my Anarchist Media site "Mongoose Distro.com", my Anarchist and Union Literature, and that goes For Every Union Member in Texas. I am Requesting all my phone call's to be Subpoened, for trial,... Texas Civil Right's Project will be getting involved to attempt to obtain Legal Counsel For us.

I am going to advise the Court's that outside supporters, are Reporting all our activity to State Representatives and more than 10 Media sites,... Requesting that our Class-Action Lawsuit be Honored in the name of the - IWW-IWOC,... Texas has Never had Inmates and the Community Challenge the Oppressive Policy Democratically, and we aim to do so civilly,... Not For Fame, Not For Clout, Just For humanity to be Respected in the South.

"An injury to one, is an injury to all."

Solidarity,
Julio A. Zuniga #1961551

MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 773

31 JAN 2022 PM 3

c/o Nathan Ochsner
UNITED STATES DISTRICT COURT -
P.O. BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED
FEB 02 2022
Nathan Ochsner, Clerk of Court

LEGAL MAIL

77208-101010