RECEIVED JUN 0 2 2021

DR. HAQUE / DR. ONOUGU ARE INVOLVED IN WATER CONTAMINATION COVER-UP, AND I AM REPORDING ~~THE~~ YOU FOR CONSPIRING / CORRUPTION / MISCONDUCT, TO THE MEDIA AND FBI / BOP.

YOUR REFUSED MEDICAL TREATMENT, AND REFUSED TO SHOW RESULTS OF TESTING, ... ON CAMERAS AND ON PAPER TO OVER 20-MEMBER'S OF Industrial Workers of THE WORLD. NOW, ... MAKE SURE YOUR WATER IS NOT CONTAMINATED, ... BECAUSE MEDIA WILL MAKE SURE It's GOING TO GET TESTED, LIKE THE MAILROOM'S DRUGS.

JULIO A ZUNIGA (STILL IN PAIN FROM #166155/ DA                    H- PYLORI)
                                                                 INS. MED. SG 3

SENIOR Parsstorce Manager                      May 29, 2021

Nathan Ochsner, Clerk of Court

FILED
FEB 24 2022
United States Courts
Southern District of Texas

K-1-17

SENIOR Practice Manager 5/24/21

RECEIVED 2/16/22

Southern District of Texas

FEB 2 4 2022

Nathan Ochsner, Clerk of Court

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)

Offender's Name: JULIO A ZUNIGA

Work Assignment: ALTERATION TAILOR

Wing No.: IC121T          School Hours: _____

Date: 1/25/22

TDCJ No.: 1961551

Work Hours: _____

Service needed:   ☐ Medical   ☐ Dental   ☑ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: STEPHEN CURTIS, A FRIEND AND IWOC MEMBER

How long have you had this problem?   Hours: _____   Days: DIED BY SUICIDE, 1/13/22 - I WAS REFUSED MENTAL HEALTH BY FREDERICK Goodew

> "In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."
>
> JWW = IWOC-LOCAL 613 #1
>
> **Signature of Offender**

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: Scheduled W/ MHS 1/25/2022

Lori, LMHC

_____   JAN 25 2022

Medical Staff Member's Signature          Date

(RECEIVED BY "Z" 2/16/22)

HSA – 9 (Rev. 8/19)

**DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS**
**DIVISION DE SERVICIOS MEDICOS**
**PETICION PARA TRATAMIENTO MEDICO**

**PARTE A:** (Completado por ofensor)         Fecha: _____

Nombere de ofensor: _____    Numero de TDCJ.: _____

Trabajo: _____    Horas de trabjo: _____

Ala del edifiio: _____   Horas de escuela: _____

Servicios necesitados:   ☐ Medico   ☐ Dental   ☐ Salud Mental   ☐ Otro: _____

Razon para tratamiento de servicio de salud: _____
_____

Cuanto tiempo tiene con este problema?   Horas: _____     Dias: _____

*"De acuerdo con la ley estatal, si esta visita encuentra al delincuente criterios de honorarios de servicios de asistencia médica anuales, entiendo que mi cuenta de fondo fiduciario puede ser cobrada unos honorarios de 13 dólares y 55 centavos. También entiendo que me proporcionarán acceso a servicios de asistencia médica sin tener en cuenta mi capacidad de pagar estos honorarios."*

_____

***Firma del Ofensor***

Parte B: (Completado por personal medico -- No escriba debajo de esta linea.)

Respuesta Medica: _____

_____

_____          _____
Firma del Miembro de Empleados Medicos                 Fecha

HSA – 9 (Rev. 8/19)

REQUESTING TO SEE X-RAY'S AND RE-ORDER X-RAY'S,... BECAUSE DR. HAQUE IS UNRELIABLE WHEN IT COMES TO MEDICAL CARE, HE'S A PAWN,... PEON,... I NEED MY RESULTS TO be SHOWN TO ME. NOT TOLD.TO ME.

Julio (B) Zuniga
DA

MEDICAL RECORDS

K-1-17

RECEIVED JUN 0 2 2021

#1961551

Ins. Med 59. 3

5/28/21

Nathan Ochsner, Clerk of Court

FEB 24 2022

FILED
Southern District of Texas
United States Courts

SENIOR Practice Manager    5/28/21

RECEIVED 2/16/22 (-:-)

MEDICAL IS REFUSING ME TREATMENT AND
WITH "DELIBERATE INDIFFERENCE"

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

FEB 24 2022

**PART A:** (To be completed by offender)     Date: _1/24/22_

Nathan Ochsner, Clerk of Court

Offender's Name: _Julia A Zunight_     TDCJ No.: _196155_

Work Assignment: _ALTERATION TAILOR_     Work Hours: _____

Wing No: _K12( T_     School Hours: _12:00 - 3:00_

Service needed:   ☐ Medical  ☐ Dental  ☒ Mental Health  ☐ Other: _____

Reason for Health Services Appointment: _MENTAL DISTRESS / PTSD / DEPRESS~_

How long have you had this problem?   Hours: _____   Days: _____

---

> "In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee." _(WC)_
>
> _Zunight 196155 / WOC-_
> **Signature of Offender**

---

Part B: (To be completed by medical personnel — Do not write below this line
Medical Reply: _Scheduled w/ MHS 1/25/2022_

_____ _MHC_     JAN 25 2022

Medical Staff Member's Signature     Date

HSA – 9 (Rev. 8/19)

_RECEIVED 2/16/22_

**DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS**
**DIVISION DE SERVICIOS MEDICOS**
**PETICION PARA TRATAMIENTO MEDICO**

**PARTE A:** (Completado por ofensor)        Fecha: _____

Nombre de ofensor: _____        Numero de TDCJ.: _____

Trabajo: _____        Horas de trabjo: _____

Ala del edifiio: _____    Horas de escuela: _____

Servicios necesitados:    ☐ Medico  ☐ Dental  ☐ Salud Mental  ☐ Otro: _____

Razon para tratamiento de servicio de salud: _____
_____

Cuanto tiempo tiene con este problema?   Horas: _____    Dias: _____

---

*"De acuerdo con la ley estatal, si esta visita encuentra al delincuente criterios de honorarios de servicios de asistencia médica anuales, entiendo que mi cuenta de fondo fiduciario puede ser cobrada unos honorarios de 13 dólares y 55 centavos. También entiendo que me proporcionarán acceso a servicios de asistencia médica sin tener en cuenta mi capacidad de pagar estos honorarios."*

*Firma del Ofensor*

---

Parte B:  (Completado por personal medico – No escriba debajo de esta linea.)

Respuesta Medica: _____

_____

Firma del Miembro de Empleados Médicos                                    Fecha

HSA – 9 (Rev. 8/19)

United States Courts
Southern District of Texas
F I L E D

FEB 2 4 2022

Nathan Ochsner, Clerk of Court

# EVIDENCE

I had to get out, to AVOID THEFT BY WARDENS FOR HUNTSVILLE.

# COMMISSARY ORDER SLIP

SLIP MUST BE FILLED OUT COMPLETELY

| QTY | ITEM-DESCRIPTION | PRICE | AMOUNT |
|-----|------------------|-------|--------|
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  |       |        |
|     |                  | TOTAL | $      |

NAME

LOCATION

NUMBER

DATE

Date

**DO NOT TEAR! LEAVE FULL LENGTH! ALL SALES FINAL! NO EXCHANGE!**

SO-0007 (Rev. 02/09)

United States Courts
Southern District of Texas
FILED

FEB 24 2022

Nathan Ochsner, Clerk of Court

Hey,

I am working with HQ and we are comparing lists of your members. Is there a way for you to send me a list of all your members so we can double check that we have everyone accounted for so we can update your membership numbers.

It looks like your branch is still being chartered so can you please also send me an updated list of your founding members and make sure that all of your founding members meet the criteria laid out in the bylaws.

I'm knocking out as many letters as possible so this is another quick letter.

MAILROOM, is illegally
OPENING "MEDIA MAIL"
RISK MANAGEMENT - MS. HOWARD
AS A COPY OF - 1st AMEND. PRIMER,          - Solidarity
WARDEN DE MOSS / MAILROOM SUPERVISOR -
IEXANDRIA FORD / SGT. Timothy Williams
  HEADING THE ASSAULTS ON IWOC MEMBERS          Francisco
ID OPENING LEGAL/MEDIA MAIL.
22-22 - 2/22/22                    (505) 494-0896
                    IWW - IWOC - NEW MEXICO
                        Facilitator has knowledge

        TEXAS PRISON REFORM.com has Knowledge
        Brittany Robertson - (281) 747-1763
                (END ADSEGTX@gmail.com)

A World Without Walls: Ivan Arenas, Chicago
ACT Collective

Keep Your Mind Free: Damon Locks





Abandon Punishment: Roger Peet

Bars/ Rose: Un Mundo Feliz





*[handwritten]* Sample - WARDEN'S have been handed a copy
- BY ME Julio @. Zuniga.
- Willie Ratliffe is covering
the Corruption.

United States ~~~
Southern District of Texas
F I L E D

FEB 24 2022

Nathan Ochsner, Clerk of Court

**Attention Mailroom:**

The First Amendment to the U.S. Constitution protects free speech. Regulations that permit the government or its employees to discriminate on the basis of the content of the message cannot be tolerated under the First Amendment (i). Further, prisoners retain free speech rights. Thought control, by means of prohibiting beliefs, would not only be undesirable but impossible (ii). Fact of confinement and needs of the penal institution impose rational limitations on prisoner free speech rights (iii), but those restrictions must have a "valid, rational connection" to "legitimate penological interests" not related to the content of ideas (iv). Regulations and practices can only be justified when the practice "furthers an important or substantial government interest unrelated to the suppression of expression" (v). This means you cannot legally suppress the expression of ideas. Prison walls do not serve to form a barrier separating prisoners from the protections of the constitution (vi). Core political speech is most zealously guarded and there is a public interest "in having free and unhindered debate on matters of public importance--the core value of the Free Speech Clause of the First Amendment" (vii). Thus, exclusion of printed material on the basis of its political perspective amounts to free speech retaliation and discrimination, which is illegal (viii). If you exclude printed material for an unlawful basis, or if you simply conjure up a false pretext for its exclusion, you have broken the law. The prisoner recipient of this mail has cause for bringing a civil rights action against you and has cause for gaining punitive damages--which means money. You and everyone who permits this action, from your supervisor to the director of the prison system, may be named in those civil actions, and you may also be subject to termination from your employment. Because this primer is included in this mailing, you will not be able to claim you did not know your actions were illegal. For these reasons, we ask that you conform to federal law and refrain from unlawful discrimination against the enclosed materials, permitting mail service of this literature that objectively meets all legitimate criteria set forth in prison regulations.

CASE CITATIONS i, Reagan v. Time, Inc., 468 U.S. 641, 648-49, 104 SCt 3262 (1984). "[T]he fact that society may find speech offensive is not sufficient reason for suppressing it. Indeed, if it is the speakers' opinion that gives offense, that consequence is a reason for according it constitutional protection." Hustler Magazine, Inc v. Falwell, 495 US 45, 46, 108 SCt 876, 882. The government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable, U.S. v. Eichman, 496 US 310, 319, 110 SCt 2404 (1990). "[A]bove all else, the First Amendment means that government has no power to restrict expression

JULIO Ⓐ ZUNIGⒶ #196/551 " JWW-IWOC LOCAL 613 #1 " ("DELEGATE")

MEMORIAL PLANTATION

59 DARRINGTON RD.

ROSHARON, TEXAS 77583

NORTH HOUSTON TX 386 969

22 FEB 2022 PM 6 L

United States Courts
Southern District of Texas

FEB 24 2022

Nathan Ochsner, Clerk of Court

CASE NO: 3:21-CV-00096

UNITED STATES DISTRICT COURT

JUDGE JEFFEREY V. BROWN

SOUTHERN DISTRICT OF TEXAS

P.O. BOX 61010

HOUSTON, TEXAS 77208

LEGAL MAIL

77208-101010