3-12-22

I am experiencing large amounts of Retaliation, and I am not answering any questions, or admitting to anything they are saying, the Threats and constant harassment is nothing new.

Mailroom called me down to say that they called Huntsville, that, they said I could have the material Denied. Of course, it's a game "Alexandria Ford" and "Willie Ratliff" are playing to make it seem they are advocating. They're not. Administration, Risk Management has seen the Notice of Filing, because I made it a point to show them, ... They still allowed Safe Prisons to Retaliate on me, ... Now, I am prepared to file the next 1983, and this will complete the filing on All Top "TBC)" members. All 9. I have received some support from ACLU - New York, ... and I am going to continue fighting these disgusting Policies, .. thank you for allowing me to speak to you.

Respectfully,

[signature]

#1

IWW-IWOC Local 613

THE Pink Flyer is what they DENIED.

HERE'S the EVIDENCE

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20220113002 TDCJNO:01951551 NAME: ZUNIGA,JULIO EA: 7.2
UNIT:DA HSNG: K-1 17 T JOB: INSIDE MEDICAL SQ 01 IQ: 101
CLSS: L2 CUST: G2 PRIMARY LANGUAGE: ENGLISH LMHA RESTRICTIONS: NONE
GRDE: MA / WR OFF.DATE: 02/22/22 02:30 PM LOCATION: DA WINDHAM CLASSROOM
TYPE: ID

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT DA UPSTAIRS EDUCATION, INMATE: ZUNIGA, JULIO, TDCJ-ID NO. 01951551, DID INTENTIONALLY DAMAGE A STATE ISSUEDGREEN JACKET AND A STATE ISSUED WHITE SHIRT BY DRAWING ON THE SHIRT AND WRITING ON THE JACKET FRONT OF THE CHEST AREA , SAID PROPERTY BELONGING TO STATE. INMATE ZUNIGA WAS ORDERED BY OFFICER DORBOR TO PRESSENT HIS STATE ID AND SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: DORBOR, L. COIV SHIFT/CARD: 1 H

INMATE / NOTIFICATION IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 7:__ AM 3/11 BY:(PRINT) [illegible] CSI

YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO IF NO, HOW DO YOU PLEAD? GUILTY NOT GUILTY

INMATE NOTIFICATION SIGNATURE: Julio A. Zuniga DATE: 3/11/22

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: X Julio A. Zuniga DATE: 3/11

HEARING INFORMATION

HEARING DATE:_____ TIME:_____ UNIT____ FOLDER____ FILE____ DSFILE____
COUNSEL SUBSTITUTE AT HEARING: _____ FOLDER____ FILE____ DSFILE____

EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED: (SIGNATURE)_____

INMATE STATEMENT:_____

OFFENSE CODES: 18.0 24.0
INMATE PLEA: (G, NG, NONE) | | | | |
FINDINGS: (G, NG, DS) | | | | |
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER. EXPLAIN IN DETAIL:_____

PUNISHMENT

LOSS OF PRIV(DAYS)____ REPRIMAND............ ____
*RECREATION(DAYS)____ EXTRA DUTY(HOURS)...... ____ REMAIN LINE 3........ ____
*COMMISSARY(DAYS)____ CONT.VISIT SUSP.THRU__/__/__ REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)..____ CELL RESTR(DAYS)....... ____ GOOD TIME LOST(DAYS). ____
* UTS(DAYS)..____ __ SPECIAL CELL RESTR(DAYS). ____ DAMAGES/FORFEIT.$____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____ HEARING LENGTH _____(MINUTES)
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:_____

HEARING OFFICER (PRINT) WARDEN REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA.

Retaliation for Exposing Family Personal info on Visitation List, Sgt. Bey - Officer Dorbor - conspired to get me jammed up for Reporting The Incompetence by Pampa-State Prisons Officer "Bey." This was done an hour after Notifying Ms. Bey on computer

(1)

# Visitation - Sunday

K-line Rover

02/27/2022
02/27/2022

| IN# | SID# | INMATE | HOUSING | BED/CELL | CUSTODY | TIME | END TIME | VISIT TYPE | ADULTS |
|---|---|---|---|---|---|---|---|---|---|
| 31912 | 05951524 | LOFLAND,ERIC DAVID | 5-TANK | 056 | G2 | 12:00 | 14:00 | Contact | 1 |
| 56978 | 50309360 | JAQUES,AARON | TC2 | 003 | OT | 12:00 | 14:00 | Contact | 2 |
| 76814 | 05463441 | ELIZONDO,MARK ANTHONY | TC2 | 053 | OT | 11:30 | 13:30 | Contact | 1 |
| 86464 | 06650301 | YORK,FREDERICK DWAYNE | J-1 | 06 | G2 | 15:00 | 17:00 | Regular | 1 |
| 18374 | 07734153 | SPENCER,RONALD WAYNE JR | EDORM 1 | 025 | G2 | 08:00 | 10:00 | Contact | 2 |
| 36944 | 05377853 | BAILEY,QUINTON | 4-TANK | 002 | G2 | 08:30 | 10:30 | Contact | 2 |
| 01265 | 05648985 | TRUITT,GREGORY ALLEN | 5-TANK | 058 | G2 | 10:00 | 12:00 | Contact | 2 |
| 86627 | 08515962 | FACUNDO,JOSEPH | L-1 | 15 | G3 | 12:30 | 14:30 | Contact | 1 |
| 52628 | 04288003 | JONES,JAMES EDWARD | I-3 | 12 | G2 | 15:30 | 17:30 | Contact | 1 |
| 26480 | 05936427 | GUFFEY,CHRISTOPHER | K-1 | 27 | G2 | 15:30 | 17:30 | Contact | 1 |
| 84079 | 05549933 | CANTU,SANTOS JOHNNIE | I-1 | 14 | G2 | 15:30 | 17:30 | Regular | 1 |
| 10011 | 07499331 | STEVENS,DUSTIN JAMES | 2-TANK | 022 | G2 | 15:00 | 17:00 | Contact | 1 |
| 86078 | 05315771 | COLEMAN,ENNIS S | I-3 | 15 | G2 | 16:30 | 17:30 | Video/Tablet | 1 |
| 14778 | 05971788 | TOLIVER,DERWIN DEMONISE | 2-TANK | 026 | G2 | 08:30 | 10:30 | Regular | 1 |
| 64767 | 01347648 | SALINAS,TOMAS | WDORM 2 | 023 | G2 | 11:00 | 13:00 | Contact | 2 |
| 72600 | 05561482 | AVILA,ROLAND JR | G-2 | 17 | G2 | 12:00 | 13:00 | Video/Tablet | 1 |
| 27513 | 17282436 | ACOSTA,MATTHEW XAVIER | G-3 | 25 | G4 | 14:00 | 16:00 | Regular | 2 |
| 81282 | 08186121 | CHARLEZ,RICHARD | H-3 | 18 | G4 | 13:00 | 15:00 | Regular | 1 |
| 81865 | 08953327 | ALONSO,RALPH ERNEST | K-2 | 25 | G3 | 14:00 | 16:00 | Regular | 2 |
| 82657 | 06852957 | MCDANIEL,JEREMY | K-3 | 14 | G2 | 14:30 | 16:30 | Contact | 1 |
| 42530 | 03083172 | LOPEZ,ROLAND | A-2 | 06 | 1A | 11:00 | 13:00 | Restricted | 2 |
| 83426 | 08401751 | MONTELONGO,ADRIAN | E-3 | 11 | G5 | 10:00 | 12:00 | Restricted | 2 |
| 33106 | 05926622 | JACKSON,JASON SCOTT | EDORM 1 | 032 | G2 | 13:30 | 14:30 | Video/Tablet | 2 |
| 30375 | 06734215 | ROBINSON,DONNIE DEWAYNE | E-1 | 05 | G5 | 10:00 | 11:00 | Video/Tablet | 2 |
| 11140 | 05787004 | PENAFLOR,ALDO PENA | H-3 | 18 | G4 | 12:00 | 13:00 | Video/Tablet | 1 |
| 42928 | 16537762 | WOOTEN,TYRELL | B-2 | 08 | G5 | 13:00 | 15:00 | Regular | 2 |
| 01954 | 07923373 | FOSTER,TREY | J-1 | 10 | G2 | 15:00 | 17:00 | Regular | 1 |
| 73210 | 07835674 | GRIFFIN,DAVION MARQUIS | L-1 | 03 | G3 | 12:00 | 13:00 | Video/Tablet | 1 |

(2)

| | | Inmate | Housing | | | Time | | | |
|---|---|---|---|---|---|---|---|---|---|
| 977859 | 06658847 | BROUSSARD,JUDIST LAMOND | K-2 | 13 | G3 | 13:30 | 15:30 | Contact → | 1 |
| 075973 | 07832845 | OLGUIN,GILBERTO | I-2 | 02 | G2 | 14:00 | 15:00 | Video/Tablet | 1 |
| 251997 | 07747328 | HOLLAND,SHAMELL | J-2 | 05 | G4 | 10:00 | 12:00 | Regular | 2 |
| 473382 | 07301323 | LONG,KEVIN RAY | 3-TANK | 016 | G2 | 14:00 | 16:00 | Regular | 1 |
| 380190 | 03257404 | ELAM,DARIUS DURON | 1-TANK | 005 | G2 | 09:00 | 10:00 | Video/Tablet | 4 |
| 353386 | 07778867 | BELLE,DONTRALLE LAWAYNE | TC1 | 077 | OT | 14:30 | 15:30 | Video/Tablet | 2 |
| 928078 | 04902680 | RAMIREZ,GILBERT ALAN | 5-TANK | 032 | G2 | 12:00 | 13:00 | Video/Tablet | 2 |
| 052167 | 07889964 | DUPLECHAIN,DONTE LAMARA | L-2 | 14 | G2 | 13:30 | 14:30 | Video/Tablet | 1 |
| 312041 | 07485160 | JONES,LAWRENCE DONNEL | TC2 | 070 | OT | 15:00 | 16:00 | Video/Tablet | 1 |
| 1692539 | 07242597 | CASTILLO,JIMMY AARON | 1-TANK | 031 | G2 | 16:00 | 17:00 | Video/Tablet | 1 |
| 1957505 | 05689539 | OSBY,AARON ELLIS | J-2 | 17 | G4 | 16:30 | 17:30 | Video/Tablet | 2 |
| 2071216 | 08458495 | OSBEY,FREDERICK | G-2 | 19 | G2 | 15:00 | 16:00 | Video/Tablet | 1 |
| 1835985 | 08744809 | VANEXEL,NICKEY | K-2 | 22 | G3 | 10:30 | 11:30 | Video/Tablet → | 1 |
| 1849011 | 04789452 | TRAN,NAM BRYAN | L-1 | 14 | G3 | 08:30 | 10:30 | Contact | 2 |
| 1898679 | 06294420 | SMITH,FERDINAND G | L-1 | 16 | G3 | 10:00 | 12:00 | Regular | 1 |
| 2128366 | 08143460 | LANE,DARION DEANDRE | E-3 | 14 | G5 | 10:00 | 11:00 | Video/Tablet | 1 |
| 2052534 | 07427513 | STEWART,RICHARD ALLEN | TC1 | 059 | OT | 09:30 | 10:30 | Video/Tablet | 1 |
| 2355731 | 08985489 | GARZA,RICARDO NATANIEL | K-3 | 23 | G2 | 08:30 | 09:30 | Video/Tablet (out) | 1 |
| 2317050 | 05322990 | TOW,MARION LEON | K-3 | 06 | G2 | 08:30 | 09:30 | Video/Tablet (out) | 1 |
| 2262708 | 50717917 | GRANT,DARIUS | EDORM 1 | 037 | G2 | 12:00 | 14:00 | Regular | 1 |
| 0657919 | 04610981 | JONES,ARTHUR RAY | WDORM 1 | 005 | G2 | 09:00 | 11:00 | Regular | 2 |
| 0783576 | 04290249 | MENDOZA,LUIS A | 4-TANK | 033 | G2 | 10:00 | 12:00 | Regular | 1 |
| 1378987 | 05802924 | GARCIA,CRUZ JOEL | 5-TANK | 052 | G2 | 08:00 | 09:00 | Video/Tablet | 1 |
| 1912259 | 06241114 | JOINER,RAY JR | TC3 | 020 | OT | 07:30 | 08:30 | Video/Tablet | 1 |
| 1607304 | 04631255 | OLIVARES,SANTIAGO MELITON | 3-TANK | 018 | G2 | 08:00 | 10:00 | Regular | 2 |
| 1189654 | 05884237 | MENCHACA,MARCUS JR | 5-TANK | 053 | G2 | 07:00 | 08:00 | Video/Tablet | 1 |
| 1865161 | 06077032 | HINOJOSA,THOMAS ANTHONY | L-3 | 12 | G2 | 07:00 | 08:00 | Video/Tablet | 2 |
| 2341256 | 08056380 | REYNA,LEONARD | H-3 | 14 | G4 | 16:30 | 17:30 | Video/Tablet | 1 |
| 2197370 | 05751146 | SIRLS,MARQUS ARRELIUS | H-3 | 25 | G4 | 09:00 | 11:00 | Regular | 3 |
| 1876299 | 02198492 | EAGLIN,REGINALD | K-3 | 12 | G2 | 12:00 | 14:00 | Regular → | 1 |
| 2350289 | 07565132 | CARTER,QUINTIN DAURAY | H-2 | 14 | G4 | 13:00 | 15:00 | Regular | 1 |
| 1960165 | 50098785 | LINTON,LAKEITH | EDORM 1 | 007 | G2 | 10:30 | 12:30 | Regular | 2 |
| 1392489 | 06776944 | CAESAR,CODY DEVETTE | J-1 | 03 | G2 | 14:00 | 16:00 | Regular | 1 |

'M

See other side →



Inmate Housing Time

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2333933 | 08882180 | GOMEZ,MISAEL | H-2 | 23 | G4 | 10:30 | 12:30 | Regular | 2 |
| 2175980 | 07827286 | HEBERT,MARKQULLE DEYVOUNE | J-2 | 10 | G4 | 15:00 | 17:00 | Regular | 1 |
| 2300682 | 06148617 | COLUNGA,GILBERT | H-2 | 25 | G4 | 11:30 | 13:30 | Regular | 2 |
| 2036335 | 50603923 | FONTENOT,TADARION | E-2 | 17 | G5 | 10:00 | 12:00 | Restricted | 1 |
| 2261474 | 16968223 | FONSECA,MIGUEL MORENO | G-1 | 20 | G2 | 08:30 | 10:30 | Regular | 1 |
| 2324309 | 07937141 | VALERO,JULIO CESAR | H-2 | 08 | G4 | 13:00 | 15:00 | Regular | 1 |
| 1547589 | 05487313 | HERNANDEZ,RALPH | EDORM 1 | 005 | G2 | 15:00 | 17:00 | Regular | 1 |
| 0935751 | 06319414 | RICHARD,DONALD P | 5-TANK | 036 | G2 | 15:00 | 17:00 | Regular | 1 |
| 1693404 | 08759966 | WOOTEN,CODIEM RENOIR | E-1 | 08 | G5 | 14:30 | 16:30 | Restricted | 1 |
| 0772422 | 05540081 | SCALES,JAMAIL | I-2 | 10 | G2 | 15:00 | 17:00 | Regular | 1 |
| 2332321 | 05578468 | JAMBERS,JONATHAN BLAIR | K-3 | 02 | G2 | 12:00 | 14:00 | Regular | 1 |
| 2350160 | 05177888 | CASTILLO,JOSE LUIS | A-2 | 10 | 1A | 10:30 | 12:30 | Restricted | 1 |
| 0725014 | 01789993 | GARCIA,JOSE ASUNCION | K-1 | 11 | G2 | 15:00 | 17:00 | Regular | 2 |
| 0853165 | 05667128 | SALINAS,GARY | WDORM 1 | 032 | G2 | 08:00 | 10:00 | Contact | 1 |
| 2236475 | 06100049 | AMESCUA,CARLOS | H-2 | 09 | G4 | 15:00 | 17:00 | Regular | 1 |
| 2137791 | 50226106 | LUGO,DAVID | B-2 | 14 | G5 | 11:00 | 13:00 | Restricted | 1 |
| 2147410 | 50524092 | WILTZ,JERRY | H-2 | 18 | G4 | 13:30 | 15:30 | Regular | 1 |
| 1935117 | 05722259 | BROWN,KENNETH L | E-1 | 13 | G5 | 12:00 | 14:00 | Restricted | 2 |
| 1761519 | 07942825 | HUERTA,REY JESUS | D-3 | 10 | G4 | 09:00 | 11:00 | Regular | 1 |
| 1428474 | 06706633 | MERCED,JOSEF TYREE | I-3 | 02 | G2 | 11:00 | 13:00 | Regular | 1 |
| 2219645 | 08533234 | IRVING,DEODTRE | L-3 | 24 | G2 | 14:00 | 16:00 | Regular | 1 |
| 1879174 | 06177977 | NEIL,ERIC DWAYNE | I-1 | 17 | G2 | 08:00 | 10:00 | Regular | 2 |
| 2313824 | 08395020 | LYONS-JONES,JAMAL KEAVON | I-1 | 21 | G2 | 11:00 | 13:00 | Regular | 1 |
| 2272179 | 07735525 | PENRICE,CLAYBOURNE JAMES | L-2 | 09 | G2 | 14:30 | 16:30 | Regular | 1 |
| 2345631 | 04900343 | GUTIERREZ,JOSHUA DAVID | E-2 | 03 | G5 | 09:30 | 11:30 | Restricted | 2 |
| 1272206 | 04046860 | SIMON,ELLIS JERONE | 1-TANK | 017 | G2 | 15:00 | 17:00 | Regular | 2 |
| 2334655 | 07608148 | SANTANA,ARTHUR JR | H-3 | 09 | G4 | 12:30 | 14:30 | Regular | 2 |
| 0739090 | 03326253 | SINGLETON,WILLIE LEE | WDORM 2 | 017 | G2 | 11:00 | 13:00 | Regular | 1 |
| 2064111 | 05949081 | GOVEA,ANASTACIO ALBAROD | A-3 | 20 | 1A | 12:30 | 14:30 | Restricted | 2 |
| 1826869 | 05772494 | FERGUSON,DERRICK DEON SR | 4-TANK | 018 | G2 | 10:00 | 12:00 | Regular | 1 |
| 1824266 | 03981609 | GRAHAM,CHRISTOPHER JOEL | K-1 | 15 | G2 | 10:30 | 12:30 | Regular | 3 |
| 1932275 | 50321434 | LOPEZ,MICHAEL | H-3 | 21 | G4 | 11:30 | 13:30 | Regular | 2 |
| 0934121 | 06319925 | RIVAS,KEVEN ALBERT | 5-TANK | 019 | G2 | 08:00 | 10:00 | Regular | 2 |

PM

(4)

Inmate Housing Time

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01932255 | 08501304 | ARREDONDO,ALEJANDRO | H-1 | 04 | G4 | 10:30 | 12:30 | Regular | 2 |
| 01558899 | 07729320 | CALDERON,CHRISTIAN | H-1 | 08 | G4 | 09:30 | 11:30 | Regular | 4 |
| 01981848 | 07071541 | WEST,DAMIEN JERRARD | B-2 | 15 | G5 | 08:30 | 10:30 | Restricted | 1 |

5 PM

TDCJ - INSTITUTIONAL DIVISION
OFFICIAL LAYIN PASS
ADMINISTRATIVE

EFFECTIVE DATE: 03/10/2022
FROM-TO TIME: 14:00-16:00
START DATE: 03/10/2022 END DATE: 03/10/2022

ADMIT: 01961551 ZUNIGA,JULIO
REASON: LAW-LIBRARY HOUSE: K-1-17T

JOB: INSIDE MEDICAL SQ 01 00:00-00:00
EDUC:

COUNTROOM: CAZARES

TITLE: AAII

# THE CHAOSTAR

chaos_star @riseup.net

early February 2022

free as the birds fly free as the wind blows

free free free free free

"All the news that's fist, we'll print"

if this paper is for sale in a distant future year it is your duty to STEAL IT

UNOFFICIAL ORGAN OF THE MYRTLE BROADWAY AUTONOMOUS ZONE

happy year of the water tiger

## RIP AMIR LOCKE

2/2/22 age 22 Minneapolis, MN

blood continues to spill on the banks of the Mississippi, artery of the land, again we wait for a prairie fire to signal our final siege against the police state. In this winter of austerity and submission, will the cold kill our rage? One year after Daunte Wright, two years after George Floyd, a young Black man in the twin cities is slain by a SWAT team in the "safety" of home and sleep. Police immediately paint Locke as a homicide suspect, a flat-out lie. Mayor Frey promised an end to no-knock warrants. Liberals fawned to sign Breonna's law, to what end? Time's up for commissions and recommendations, ballot measures and photo-ops. Democracy is a farce. NO SAFETY, NO SLEEP, NO FAKE ASS FORCED PEACE. END THE POLICE.

Fuck your "slain" "fallen" New York Pig.

Have you ever heard the press refer to those murdered by pigs as the "slain" the "fallen"? Did they get a funeral at St. Patrick's Cathedral, a procession down 5th Ave? Fuck you Eric Adams. Fuck your copaganda; Fuck your egregious display of the militarized state that is New York City. Fuck your thousands of pigs dressed up to mourn "one of their own" who sought to "make a difference" like y'all don't get paid to kill. Fuck your attempt to remind us how many of you there are, how many of you are watching us. Like we could ever forget. Like we could ever forget that there are more of us than there are of you. Fuck your fascist aesthetic, your uniformed sea of blue. All I could think of when I saw the videos of 5th Avenue were how beautiful it would be for the earth to split right open and swallow you all. How much better off we would be. Soon, I'll stop fantasizing. Soon, a sea of black will re-emerge that is much, much larger than the group of low-lifes you have to pay to show out. And we will be ready. Sometimes when I close my eyes I remember what y'all look like when you're running from us, what you look like on the other side of our fists, of our guns. Soon, you will be running again.

- y. knott b. wylder

## FRANKIE FELL

Frankie fell and hit his head
cuz the rent's too damn high
lost his home last July
now he lives on the bowery
with the rest of the men
gone for a walk to get some air
and it's too damn cold and he's too damn frail
and the cane won't work right
cuz the sidewalks' on wrong
or else it's his legs
or maybe his eyes
frankie fell and split his head
when he should be home on the lower east side
and the blood is on the packable down of
every rich fuck passing by
out for a drink on a frigid night
in the husk of the city
that's been sucked dry

- Rat Sauerblatt

A human chain of rescuers pulls people out of the wreckage of the 50-year-old, city-owned bridge that collapsed in Pittsburgh. Biden's in town; hours before he tweets about 'resolving' the failings in the supply chain — faster transport, more goods, no restrictions. He's looking to pass a 1 trillion dollar Infrastructure Law. He's quick to use the rubble for political gain, wasting no time to make an example out of the collapse. He looks at the cops on scene and says don't worry; more funding is coming their way too. You know what Pittsburgh already has? A 120 million dollar police budget. The city reported since 2019 that the bridge was in poor condition, indicating primary structural deterioration. Also in 2019: reports of 4.25 billion dollars diverted from Pennsylvania's Department of Transportation— from actual fucking fare revenue— to the fucking state police. . Maybe they could have used that money—$$ that was *intended* for road and bridge repair— to prevent the fucking collapse. But no, instead we will see just how much more 'infrastructure' $$ will just end up lining politicians and pigs pockets.

In sum: Biden comes to town bringing destruction — and not the good kind. The kind that leaves toxic lead in the drinking water but hires more cops. The kind that attempts to save a collapsing city from the inevitable devastation of late capitalism.

Biden is in New York City. We know because of the ongoing hunger strike at Rikers. We know because the traffic is stand-still due to his security detail and slew of pigs. We know because Eric Adams is being fucked up. He's visiting 1PP, touring it. Evil, evil shit. My heart is with the comrades in Rikers. My fight is against the four jails opening, one per borough, in the next few years.

We talk of doing something, but we don't know what. We have caught charges, and with them comes the worst brain worm of them all: self-restriction. I am tired of the repression; I am tired of seeing the reaction from the democrats to the 2020 uprising: more cops, more jails— more people inside, more detention centers—more people inside. More death, less reaction. More death, less action. How can we reaccess our autonomy? How can we use this time to build our skills? To build our relationships with each other? How can we move past the tactics that are failing us—how can we find new tactics? Scarier, more permanent, less traceable tactics. How can we pick the hammer** back up off the ground— or down from the shelf— and put it back in our own hands? So that next time, I am ready.

** substitute the hammer for any weapon of choice.

steal our time back from those who chain us to their clocks:

## off this pig

Louis Molina, newly appointed Department of Corrections Commissioner of the Adams Dynasty, another bridge and tunnel race-traitor pig with a half-baked social justice vocabulary and a horrific resume of military & paramilitary activity:

- former deputy correction commissioner of Westchester county, resigned in 2020 and had been pigging around in the non-tristate exotic locale of *Las Vegas* before accepting Adams' offer

- is a twice-Ivy league schooled "Police academic" (somehow uniting two distinctly detestable occupations)

- has "uniquely worked in policing, the DA's office and corrections, which complemented his work in the field of human services assisting the homeless population." *projectile vomits*

- his union recently fired a female CO after Molina personally asked her to "get rid of" 2000 internal disciplinary cases, defending the maneuver at a recent departmental hearing: "accountability through fair and appropriate discipline is essential in this department. Improving staff morale is also essential."

- is "operationalizing sustainable criminal justice reform practices and advancing the principles of social justice" and "excited to drive change and evolve government in whatever ways he can." (???)

The only meaningful change NYers can hope for is for this scum to one day wash his mouth with a strong corrosive of all words like accountability, care, and service, and replace them with a self-reflective bit of lead.

- joined NYPD in 2000 and worked as an undercover infiltrating drug sales

- ex-Marine who also has worked for the U.S. State Department

## TWISTED TEA

A drawing by artist Salvador Dalí, done as an apology for not giving a talk for the prisoners at Rikers Island, hung in the dining room, from 1965 to 1981, when it was moved to the prison lobby for "safekeeping." The drawing was then stolen in March 2003 and replaced with a fake. Three Correction Officers and an Assistant Deputy Warden were arrested and charged, and though the three later pleaded guilty and one was acquitted, the drawing was never recovered.

## 1973 MBAZ SIEGE

On January 19 1973, four Sunni radicals— Salih Ali Abdullah, Shulab Abdula Raheem and Dawd A. Rahman, Yusef Abdullah Almussudig—stuck up John & Al, a sporting goods store at the corner of Melrose and Broadway, with a sawed-off shotgun and three handguns. They wanted guns, rifles, pistols and ammunition to use for revolutionary self defense.

They triggered a silent alarm and three cops arrived with guns blazing. One was shot in the head and died, one was shot in the knee and one in the arm. One of the four robbers was shot. They took 11 hostages and barricaded the entrance to the store. NYPD immediately sieged the building with over 300 cops and began tunneling into the basement, while dropping a SWAT team onto the roof. They stopped all JMZ trains overhead, using the tracks as a vantage point. They drove a 50,000 pound M114 Armored Recon Tank nicknamed "Any Time Baby" down Broadway and parked it in front of the store. This was NYPD's first deployment of the tank, after receiving it for free from the military after its use in the imperialist invasion of Korea. A crowd of over 1000 bystanders grew restless, pushing down barricades, throwing bottles at cops, calling for blood. The siege lasted 47 hours, ending just after Nixon's second inauguration. The gunmen vowed, "This is the end. This is glory. We'll go out in a hail of bullets." They eventually surrendered, but not before telling a police negotiator "if the establishment, if the Nixons do not get the message... this will happen again." The Daily News ran a dual headline about the siege and Nixon promising world peace. NYPD bragged about using psychological warfare instead of brute force. Prosecutors proclaimed intent to pursue the death penalty. Hostages reported being treated well by their captors. Bystanders reported frustration with the NYPD perimeter making it difficult to shop for groceries. A 16-year old told the press that this kind of violence is normal in the area. One injured gunman was taken to Woodhull, the others were taken to the 90th precinct on Union Ave. Defended by civil rights attorneys who previously worked with Black Panthers and Attica rebels, they were convicted of 41 counts. The next day amidst the wreckage, a cherry picker sold fresh produce in front of the store, and a stray cat peed in the empty window. Insurance refused to replace the glass the cops had broken. Raheem was released in 2010 and became a social worker with incarcerated youth. Almussadig was released in 1998, and passed away a few years later. Ruman, freed in 2019, studied music in prison, and Abdullah, who tutored other prisoners, suffered a fatal stroke in the middle of a parole hearing in 2020. The site of the siege is now Enrique's Unisex Barbershop, decorated by two rainbows and a shining star.

## BLESS THE SPIRIT OF ANNA MAE AQUASH

3/27/1945 – 12/??/1975 her body identified 2/24/76

Mi'kmaq freedom fighter caretaker agitator central force of AIM killed by COINTELPRO bad-jacket conspiracy regarding the conviction of Leonard Peltier. Revenge and trans-dimensional healing for all missing and murdered Indigenous women.

May we never again allow lethal settler misogynist manipulation to take root.

HEX east river park demolition desolation, hex a clear-cut, hex the mask-off futile desperation to preserve an untenable way of life in a sinking city for another 10-20 years of profits for living dead investors, hex neglect of NYCHA buildings leading to fire and flood and cold and the deflective defense of protecting their residents from a disaster in the same shallow breath when this development scheme is theft of riverfront lands, too prime for the enjoyment of the poor, for another sterilized west side cementscape killing off what informal economies and moments of contact still thrive on the sacred threshold between land and water.

BLESS the trees fell'd, bless the seal park, bless all cultural happenings held in iconic ampitheater (bless nearly-extinct truly popular culture feeling), Style to 2021's degenerate from 1980s Wild punk firework melee, torrentially rained-on trans literary happening, and more, bless the dislocated birds and squirrels and bless the elders, who, despite chainlink and police barricades, walk the pedestrian bridge everyday to feed them peanuts from the palms of their hands.

Sea Trains

A*N*U*S

WINGNUTS & PERVERTS OF THE WORLD UNITE!

A*N*U*S magazine is wide open for submissions to the first print issue, a smutty inquiry into all of the possibilities of pleasure & liberation & subversion of daily life beginning and ending at the anus. ATHROBBINGURGENCY.COM for all inquiries and information!

struggle for collective liberation

Come to Our House Infoshop!

我们家 food, buy, share, borrow zines & books, print & distribute radical material & ideas, relocate unwanted items

Open Hours Mon, Tues, Wed, & Sat 12pm–6pm

dm/email for address
@ourhouseinfoshop on IG
OurHouseInfoshop@protonmail.com

fuck capitalism

# WHAT IS DIFFERENT IN THESE IMAGES?







# ALL POWER TO THE RIKERS ISLAND HUNGER STRIKERS
# SHUT DOWN RIKERS. NO NEW JAILS