United States Courts
Southern District of Texas
F I L E D

MAR 21 2022

Nathan Ochsner, Clerk of Court

March 8th, 2022

Hey Comrade Z,

Thank you for the love, the response, and sharing what you are up to and current instigations against this violent state. We are sending you solidarity, strength, and trouble (lol) in your fights against the slave holding directors, overseers, and various pigs upholding empire.

Really glad you have been actually getting most of the books we sent and liking them! Thanks for sharing them with other brothers, spreading the knowledge is what we are all about. The book sent out this month is by Lorenzo Kom'boa Ervin, who wrote 'Anarchism and the Black Revolution' while incarcerated in the 90's. He actually donated hundreds of copies to us to be distributed to our incarcerated community members. Now that is love! Beyond excited that the books have been keeping you thinking of new strategies and ideas! Thank you for sharing that.

Yall in texas are definitely making waves! We've heard from TEXAS T.E.A.M. O.N.E. has been organizing and other comrades in so called 'texas' as well. Just shows that even though they try to isolate us and crush us we are too many and too committed. Their days are numbered.

Thank you for uplifting 'Fred Cruz' we will look into that article you mentioned and other info we can get our hands on. Also so amazing that IWOC TX/IWOC NM are working together, that is so powerful! That organizing and solidarity is so amazing, and we send all power to yall.

Yes they cannot bury you!!! You have probably heard this before but there is a popular poster for these times that says "They tried to bury us...they didn't know we were seeds". Thankful for your writings and taking the energy and time to share with comrades and community what is happening. Your sharing ensures that this fight will continue and be held by many. We have your back.

Let us know if there are certain titles or types of books that would be helpful and we'll do our best to get them to you :)

Solidarity and Sabotage,
Noname book club team

DEAR ~~[scribbled]~~ NATHAN, It's the Hardcore Lockdown, Fire and Attack,

I am Documenting Everything, — And going to File a Motion to Supplement my Class-Action Lawsuit. They took my phone priveleges away for 46 days, — So now, I am holding these People into the Lawsuit, immedeatlly.

The "Entire Texas Board of Criminal Justice" is going to be in this Class-Action as well. Alone, but, fighting, — Until Someone can get in Contact with "Texas Civil Rights Project", for me, to call me here at the Unit, I have to File all my Legal Actions on my own. No Fun!!

# TIFA CONTACT

THE OFFICIAL NEWSLETTER OF TEXAS INMATE FAMILIES ASSOCIATION Vol. 27 No. 1 January 2022

## Understaffing=Human Rights Violations

**By Lisa Whitley Coleman and Becky Haigler**



Texas prisons are a powder keg with a lit fuse. The extreme staff shortages are causing violations of inmates' human rights, including subjection to cruel and unusual punishment and a lack of adequate medical and mental health care.

Our loved ones inside report:

- Continuous lockdowns
- Increased suicides
- Lack of COs to respond to situations requiring emergency medical attention
- Ignored requests to visit medical
- Lack of hot meals and inadequate calories in the sack meals (Johnny's)
- Short tempers and extreme attitudes from both COs and inmates due to inhumane conditions and overworked staff
- Excessive use of force where handcuffed prisoners are "taken down" with heads hitting concrete, resulting in concussions and even death in some cases
- Water shutoffs in aging and deteriorating facilities, resulting in lack of water for even hand washing, so needed during a pandemic
- Four or more days without access to showers on some units
- Increased illegal drug use and availability
- Sporadic ins-and-outs of cells for dayroom and phone use
- One guard covering multiple cell blocks/dorms/buildings
- Being told I-60 forms are not available
- On some units, JPays take 3-4 days before being received (although we pay for 48 hours or less for delivery)
- On some units, mail takes 9-10 days for receipt and, there are delays in outgoing mail

In TDCJ's CO Report, dated November 30, 2021, the Agency reported 7,253 CO vacancies for the 24,016 budgeted full-time positions, which is more than a 30% shortfall. This number does not include a large number of COs out on sick leave or vacation. And the number of staff shortages reported has continued to increase by leaps and bounds since the beginning of COVID.

Current staff shortage numbers are unknown as spokespersons for TDCJ did not respond to emails requesting this number and other information requested in response to this article.

### Understaffing and Overcrowding Create Similar Unsafe Conditions

The result of staff shortages is similar to the horrific conditions created by the severe overcrowding issues many years ago when there was so much rioting. Those conditions were some of the factors that contributed to the landmark case *Ruiz v. Estelle,* filed in 1972.

The Texas Politics Project summary of the case states:

"When inmate David Ruiz sued the director of the Texas Department of Corrections (TDC), William J. Estelle, in 1972 over dangerous and degrading living and working conditions, he set in motion a decade's long process of dramatic change --if not outright transformation--in the Texas prison system.

"In his class-action suit – the longest-running prisoners' lawsuit in U.S. history – *Ruiz* claimed that the TDC's management of prisons constituted 'cruel and unusual punishment,' which is prohibited by the 8th Amendment to the U.S. Constitution. Specifically, *Ruiz* cited several problems with the state's prison system:

- "Overcrowding – particularly the placement of two and even three inmates in cells designed for a single inmate
- "Inadequate security – claimed to be the result of too few guards, sometimes resulting in the handing over of supervision of whole sections of prisons to inmates (known as 'building tenders') who assisted guards
- "Inadequate healthcare – an insufficient number of professional

Understaffing (Continued on page 3)

---

Handwritten annotations in margins:
- "8th Amendment Violation"
- "Happiness Officer Charles Martin attorney@scfo ASK"
- "For All Of This Stuff And Corruption"
- "Texas Board of Criminal Justice is Responsible"
- "Timothy Williams / Tunde Akinsonu"
- "Willie Ratliffe / Moises Villalobos"
- "Angela Chevalier"
- "Brandi Marshall"

*Understaffing (Continued from page 1)*

medical personnel for the number of prisoners, the use of non-professional personnel to deliver professional medical care, and limited therapy for psychiatric patients
- "Unsafe working conditions – exposure of prisoners to unsafe conditions and lax enforcement of safety procedures
- "Severe and arbitrary disciplinary procedures"

The court decided in favor of Ruiz, "citing numerous instances of mistreatment, institutionalized neglect and inadequate resources and facilities," states the Texas Politics Project.

"Critical to settling appeals was an agreement that the state would limit the inmate population to 95 percent of prison capacity, separate hard-core offenders from other prisoners, hire more guards, and improve medical treatment. To ensure state compliance (Federal District) Judge (William Wayne) Justice (of the U.S. District Court in Tyler, Texas) exercised strong oversight of the prison system until 1994, after which he maintained more limited oversight through 2003," according to the Texas Politics Project.

After *Ruiz*, there was some reduction to the Texas prison population through early release. However, the ongoing "War on Drugs" begun by President Richard Nixon in 1971, caused increased incarceration rates across the nation as subsequent administrations (notably Ronald Regan, Bill Clinton, George W. Bush, and Donald Trump) ramped up the ante in escalating the war against drugs.

City and county jails were at capacity and unable to transfer inmates to state prisons, so they successfully sued the state to the tune of millions of dollars in compensation for prisoner housing costs.

In response, Texas greatly expanded the number of prisons in its system from 18 prisons housing 25,000 inmates at the time of the *Ruiz* case to about 100 units housing approximately 144,000 inmates in late 2019. *(Current population is 119,015 inmates, as of January 2, 2022.)*

Since this expansion, the system has been plagued by understaffing issues.

"It's an ongoing problem for the Texas Department of Criminal Justice, which has struggled for years to hire and keep guards in about 100 state-run prisons, leading to safety and health concerns for both prisoners and staff," reported a 2019 *Texas Tribune* article.

The problem at the time of the *Ruiz* case and today is the same - the inmate to CO ratio is unsafe, resulting in the inhumane treatment of our loved ones behind bars.

Understaffing creates the same human rights violations as overcrowding:

- "Inadequate security
- "Inadequate healthcare
- "Unsafe working conditions
- "Severe and arbitrary disciplinary procedures"



**Simple Math**

119,015 inmates divided by 16,763 total COs equals a ratio of 8 inmates to COs. However, it's important to note that the number of available COs is split into at least two shifts, meaning the working ratio is closer to 20 inmates to 1 CO, especially when you consider the high number of COs missing work due to illness. Additionally, in practice, some loved ones inside report one guard working four cell blocks (each block housing 120 people).

It is unknown if TDCJ is still maintaining a 95% capacity level. It is also unknown if TDCJ has a goal for a minimum inmate-to-CO ratio. The other unknown is what exactly TDCJ is doing to mitigate the risks from "reduced staffing levels" that the Agency has reported, "could place public safety and the security of our institutions at risk."

"Confining offenders sentenced to prison and/or state jail is critical to our core mission and is central in maintaining public safety," states The TDCJ Legislative Appropriations Request for Fiscal Years 2022-2023. "If not funded, the amount listed above ($32,195,612.00) would represent the elimination of approximately 861 correctional positions, resulting in reduced staffing levels that could place public safety and the security of our institutions at risk. This would provide funding for only 91% of our 25,161 correctional officer positions, assuming overtime is zero. With a focus on recruitment and retention efforts, continued funding for correctional staffing at current operational levels is needed to maintain an appropriate level of security and provide a safe environment for employees and offenders."

Although Texas does not appear to have a mandated minimum ratio of inmates to COs, the Federal Bureau of Prisons (BOP) requires "any institution with a staffing ratio greater than 15:1, or an incident involving deadly force in any such report, BOP shall provide a separate, detailed explanation of the role staffing may or may not have played in the incident along with a corrective plan to ensure it will not

*Understaffing (Continued on page 4)*

*Understaffing (Continued from page 3)*

happen again," according to the BOP's Hiring and Staffing Report FY 2020 2nd Quarter Report.

"People come to prison AS punishment, and not FOR punishment," said British Prison Commissioner Sir Alexander Paterson in the 1920s.

Somewhere, along the way, we, as a society, have forgotten the purpose of prison.

### 911 Call for Help

Clearly, many families feel TDCJ is once again on the brink of a major disaster.

Families able to visit report that incarcerated loved ones have lost a lot of bodyweight because of poor nutrition over the past year. In addition, more time in close confinement results in increases in depression and other mental health conditions. Suicides, suicide attempts, and fights, even killings on the units, are on the increase. Drug use is rampant, along with the problems that spaced-out or violent drug users bring.

TDCJ and advocates have long documented the positive impact family support has upon rehabilitation and successful reintegration into society. We went a year without being able to visit. Now, with sporadic phone time and delays in mail delivery (further exacerbated by delays from the U.S. Postal Service), many family members and loved ones inside report feeling completely cut off, leaving our loved ones isolated from the support systems on which they depend to keep them sane and focused on the ultimate goal of reentry to the free world. Additionally, many inside are dealing with ongoing legal issues where timely communications with family and outside support is imperative.

Since COVID, TDCJ's population has been reduced to 119,015 with 12,325 currently approved for parole and awaiting release. However, how many are waiting for transfers from city and county facilities to take their place?

It does look as if TDCJ is making some efforts to consolidate prisoners into fewer units. That is a good start. But more drastic efforts must be made to keep inmates and employees safe until changes are made that will bring in staff who are better paid, better trained, and better supervised. The parole arm of the agency must be urged to release to community supervision ALL who have reached basic requirements for parole, with a good conduct record, who could complete required programs after release. Decreasing the prison population NOW is urgent.

TIFA member Becky Haigler maintains regular correspondence with many representatives, including the Texas House Criminal Justice Reform Caucus. She received the following response on these issues from Representative Victoria Neave's office.

"Thank you for your email regarding the issues at Texas Department of Criminal Justice. We are aware of the staffing shortage issues currently present within the system and, thank you for your helping bring it to the attention of the Texas House Criminal Justice Reform Caucus. I will reach out to the Caucus director to ascertain what action the Caucus has taken and plans to take to address and highlight these issues. We are very grateful to constituents such as yourself who take the time to help bring these matters to the attention of state representatives and TDCJ officials, and we take the health and wellbeing of inmates very seriously, as they are often overlooked by society... I will look into the issues of staff shortages, communication issues, and how TDCJ can improve to keep inmates safe and their families informed."

Representative James White thanked her for her "attentiveness to these issues."

Unfortunately, it appears that many lawmakers are woefully uninformed regarding what is ultimately a legislative issue.

The sad truth is that our loved ones inside are forgotten and overlooked with many in society believing they deserve whatever cruel and unusual punishment or inhumane conditions they must endure. These are human beings who deserve basic human rights.

These are important issues. TIFA's success is largely attributable to the willingness of its members to volunteer their time and unite to communicate with our state legislators. We urge each of you to write your state senators and representatives about these horrific conditions and attach a copy of this article. Let them know the situation is urgent and our loved ones need their help NOW.

Without our outrage and demands for action, nothing will change. Make the call; write the email.

We also encourage you to respond to the <u>Voters' survey in the VoGue your Vote</u> project to further assist in our battle to bring change to the system. ■

