**United States Courts**
**Southern District of Texas**
**F I L E D**

**MAR 2 1 2022**

Nathan Ochsner, Clerk of Court

Fellow Wobs,

Here's some quick updates:

Since I refiled my Lawsuit myself at the U.S. District court - Eastern District of Texas, the Case # got changed from Case#6:20-CV-00071 to Case #:6:22-CV-00006 now...

As I write this here on January 28th, 2022; the "Mental Health Therapeudic Diversion Program/ Chronically Mentally Ill - Sheltered Housing" on Michael Unit 12 building is being shut down due to extreme Staff shortages throughout the TDCJ-CID that's been getting worse & worse over the last year to the point now where Units like this one are being kept open with Skeleton Crews throughout the TDCJ-CID and the dirty Leaders of the System hate shutting Units down at all regardless of the absolute torture Incarcerated Persons are being subjected to because of their ignorant selfish greed! Prison Officials and Prisoncrats are straight up Scumbags! I'm suing the fuck out of them and need all the help can get with real backup from Comrades & Allies! This bullshit has got to be stopped!

Comrades in Texas and in the rotten TDCJ-CID — I know the situation is very bad in the System & State with the Radical Right on the loose with their filthy minded cohorts... Listen to me, we must stay strong in the face of adversity under oppression! We must never give up and never give in! We must stick together in Unity! I know we're under fire because I'm in the flames with you all! We must keep on organizing non-stop relentlessly! We gotta do the best we can to set aside our differences in the Light of what makes us the same! Think about it but go further and
act upon it! Live it! Breathe it!

Hear me! All Comrades & Allies! We stand on the left in our ideologies! We may look different, sound different, etc. or have different values & beliefs to some degree and we may be from different places with totally different backgrounds... We may have different ways of doing the same things and we may surely have different ways of expressing ourselves... but when we stand on common ground and we are moving towards the same target — we will find ourselves overcoming the same obstacles and confronting the same situations along the same Path of Resistance! And on this common ground, there's a lesson at its core — we may have differences but we are also the same struggling towards the very same target so we find similarities with the differences and actually thru the differences simultaneously! And once we become aware of our sameness, then the differences cease to be so misunderstood and can be embraced as we find ourselves on the same Path as One Big Union Worldwide...

Who said it will be easy?! The System Worldwide is & has been leaning hard to the Right — the Radical Right and it survives from our division and it shall continue on & on & on as long as we continue to resist one another's sameness when we are supposed to be on the same damn Path headed for the same fucking target! We are all under fire — some worse than others but we all feel the flames! Remember this: Union! Union! Union! When we fight each other, we fight ourselves! Union! Union! Union! As we focus on each others' differences, we can never be the same! Union! Union! When we hurt each other, we all feel the Pain! Union! As we resist each other, we keep The System alive that destroys us! Union! Union! With so many differences on the same Path, we'll find they're illusions in the aftermath! Union! Union! Union! As we embrace our differences and find the sames, we shall overcome The System regardless of the Pain! Union! Union! Union! Union! Left! Left! Left! Left! Left!

In Solidarity Under Fire -
Behind Enemy Lines,

Jamon N. Hestand
* TDCJ-CID #1343536
IlluminatiAnarchyLeft@conpals.com
"The Adversary of The System"
~DEVIL~

Hello Fellow Workers!

This is a monthly update on the Industrial Union 620 campaign in Columbus, Ohio. This campaign is not yet public.

We are starting off 2022 strong! Our newly onboarded Committee members have hit the ground running, and we already have another cohort of 5 workers that we hope will be onboarded in the near future. In January, Committee members had 18 1:1s with workers around the organization. One of our newer members had their first solo 1:1, which is a huge accomplishment. We are also starting to plan direct actions for our workplaces.

As always, my pride in this group of people only continues to grow. Our Committee meetings continue to be a highlight of my week, and I love watching our group grow and gain momentum. I'm so excited to see what we accomplish together.

Love and solidarity,
M

---

### Union Transparency and Democracy
January 21st, 2022



Although many of this year's GEB members were critical of last year's GEB Slate (who were recalled), this year's GEB is pursuing some similar practices. Several current GEB members raised a ruckus when the Slate maintained a secret SLAC group (to discuss things behind the members' backs), but the current GEB is doing something similar with a private e-mail list. I count ~400 e-mails in at least 50 different threads over the last three weeks. I motioned to revive a moderated GEB e-mail list open to the general membership, in part, to improve transparency by allowing members to follow discussion in real time, but the GEB majority voted it down.

The majority of GEB members (and the GST) participated in a secret meeting with WISE-RA staff/officers on January 10th at 3pm CST. It was not announced to the membership or recorded; official minutes were not taken.

The Board's decision to continue using interwob for official GEB business, originally initiated by the Slate, undermines internal NARA democracy. Interwob is controlled by people (WISE-RA) not accountable to NARA members. If they do not like who we elect they can de-facto nullify the election by denying the winner access. They refused to allow elected moderators to take their seats last December. Due to these and other issues most committees and branches have wisely left Interwob.

WISE-RA admins won't let me be a moderator of the GEB subforum on Interwob, in breach of the Interwob Moderation convention resolution. All my posts are are held in pending status until someone approves them; other GEB members post directly without pre-screening. I was singled out because WISE-RA admin objects to one of my candidate statements (the moderator one). Initially all new GEB members were in the same boat; then WISE-RA decided to make all of us mods of the subforum temporarily, and wanted us to sign a contract to remain subforum mods after Feb. 1st. I said it would be unprincipled to sign it given the anti-Interwob position in my candidate statement. Citing its final paragraph, they then revoked my mod status and retracted the "offer" (demand) to sign the contract. Remaining on Interwob indefinitely means making me a second-class GEB member indefinitely.

That contract states that the WISE-RA data protection officer "have the right to suspend my access" to Interwob "immediately.