IN THE UNITED STATES DISTRICT COURT FOR TEX

JULIO A ZUNIGA

V.

BRUCE ARMSTRONG

CIVIL ACTION NO. #
3:21-CV-00096

United States Courts
Southern District of Texas
FILED

APR 04 2022

Nathan Ochsner, Clerk of Court

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff MOVES FOR AN ORDER appointing Counsel to REPRESENT them in this case. In support of this Motion, plaintiff states:

#1: Plaintiff is unable to afford counsel. He has requested to proceed in Forma Pauperis.

#2: Plaintiffs imprisonment DEBILITATES his ability to litigate. The issues involved in this case are complex and dangerous, and will also require significant research and investigation. Plaintiff has limited access to the Law Library and limited knowledge of the Law. (A) TBCJ/TDCJ made it a point to Block my grievance and access to Courts, Refuse to supply Notary public on this unit, No I-60's get answered, Retaliations on phone, Line class have been occuring to Debilitate Plaintiff for over a year now. Expelled from their GED program a year ago, Refused to address complaints to Risk Management Ms. Howard about Daily Harrassment and Retaliation / Deliberate Indifference in Mailroom, Laundry, Grievance, And it has only Increased since the filing of 3:22-CV-00052. I am about to go on Air on Two separate Anarchist media shows, where I will be answering questions of the Retaliations on Union Members.

#3: A Trial in this case will likely involve conflicting testimony, and Counsel would be better, to enable plaintiff to present evidence and cross examine witnesses.

#4: Plaintiff has made efforts to obtain a lawyer earlier in the Month of March, on 3:22-CV-00052

WHEREFORE, plaintiffs request that the court appoint ___, a member of the ___ BAR, AS COUNSEL IN THIS CASE.

3/30/22

JULIO A ZUNIGA
Julio A. Zuniga
59 Darrington Unit RD.
Rosharon, Texas 77583

Honorable Jeff V. Brown
Southern Dist / Galveston Div.