In the United States District Court For the

JULIO A ZUNIGA

V.

BRUCE ARMSTRONG

CIVIL ACTION No.# 3:21-CV-00096

United States Courts
Southern District of Texas
FILED

APR 04 2022

Nathan Ochsner, Clerk of Court

<u>PLAINTIFFS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that DEFENDANTS: BRUCE ARMSTRONG - ANGELA CHEVALIER - RICKEY GARCIA - EDGAR SANDOVAL - ALEXANDRIA FORD, PRODUCE FOR INSPECTION AND COPYING the following DOCUMENTS: Confiscated Mail / I-60's / DISCIPLINARY REPORTS / E-MAIL COMMUNICATIONS / FULL PRISON RECORD OF PLAINTIFF / RISK MANAGEMENT REPORTS OF MISCONDUCT ON OFFICERS AND WARDENS / ALL MAILROOM SUPERVISOR / DRC DENIALS FOR THE MONTHS OF OCTOBER 2020 THRU JANUARY 2021

All written Statements by OIG, STG, WARDENS, MAILROOM, RISK MANAGEMENT, AND SCFO / LAW LIBRARY / STEP 1 / STEP 2's FOR the MONTHS OF OCTOBER 2020 THRU JANUARY 2021. (ORIGINALS OR COPIES) identifiable as reports about the INCIDENT IN JANUARY 2021 - ON B-LINE 2-08 CELL WHEN "ALEXANDRIA FORD" DROPPED OR LEGAL MAIL AT MY CELL DOOR AND WARDEN ROW ARMSTRONG SENT: E. SANDOVAL, PENNY, OBASEKI, REYES, To STEAL LEGAL MAIL AT WARDEN ARMSTRONG'S REQUEST, TDCJ Employees and/or witnesses, be made available.

Any AND ALL I-60's / STEP 1's / STEP 2's / ATTORNEY Communication between Plaintiff AND Charles MARTIN - SCFO HUNTSVILLE AND HIS CHIEF AT THE TIME, WRITTEN OR COPIED, make all available for inspection.

Any MEDICAL RECORD'S / OIG - CONTRABAND CASES FOR the SAME Months OF OCTOBER - 2020 / JANUARY of 2021, COPIES OR E-MAIL COMMUNICATION BETWEEN Cynthia Bridges - DISTRICT ATTORNEY - BRAZORIA County AND TEXAS DEPARTMENT OF CRIMINAL JUSTICE - TEXAS BOARD OF CRIMINAL JUSTICE.

Any AND All Communications, Correspondence with SCFO - GUISTINIA PERSCH, AND MEMO'S FOR REASONS OF the REDACTION OF SCFO - Inmate Handbook's 1 & 2 - AND MEMO'S as To why "PROSECUTORIAL Misconduct" WAS REMOVED!

3/30/22

Respectfully Submitted, to
THE:
Honorable Judge JEFF V. BROWN
Southern District.

X Julio A Zuniga

Julio A. Zuniga
#1961551
59 DARRINGTON RD.
Rosharon, TEXAS 77583