# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

K117

| | |
|---|---|
| Offender Name: Julio Zuniga Jr | TDCJ # 1961551 |
| Unit: Memorial | Housing Assignment: K12-J |
| Unit where incident occurred: Education Hall / On Camera | |

**OFFICE USE ONLY**
Grievance #: 2022061787
Date Received: FEB 9 2022
Date Due: 3-21-22
Grievance Code: 812
Investigator ID #: 8256
Extension Date: 4.30.22
Date Retd to Offender: MAR 28 2022

APR 6 2022
Nathan Ochsner, Clerk of Court

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms. Hafford / Ms. Hayes    When? 2/07/22
What was their response? She would take care of it!
What action was taken? More discrimination on JWW / IWOC Delegate / Retaliation

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

As we were walking out of class, Ms. Hefferd again singled me out to discriminate on me, about how I look, making her usual racial slurs about Mexicans,... I have repeatedly ask Warden Hayes to ask her to leave me alone,... Instead on her first day back, on camera she decides to attack me and begin her retaliation again,... Again Ms. Hefford's misconduct is being allowed, after a bunch of complaints on Ms. Hefford's psyche issues with outspoken people who disagree with her. Again, interfering with my education intentionally, threats to write disciplinary on anything she can think of is retaliation, and administration is allowing it. I am uncomfortable with this retaliation / discrimination on my person, same as with "Alexandria Ford" and "Willie Ratliffe."... I've made all attempts to get Warden Hayes to address this unnecessary treatment of inmates. So, I told the Warden that I would be forced to remove myself from school because of her officer's discrimination / retaliation. This is the 5th time, I have addressed this matter, and she is still harassing me.
Now, it's going to be brought to the attention of the courts.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** I have to report this to my attorney and U.S. District Court, Ms. Hayes was supposed to handle this months ago.

**Offender Signature:** Julio A. Junco     **Date:** 2/7/22

**Grievance Response:**

Your grievance was investigated, however there is no evidence to substantiate the allegation that you are being harassed. You were corrected for being out of grooming standards. All these issues have been addressed. No further action.

Assistant Warden
Deward Demoss

Request I-60's from Risk management Ms. Howard

Compare with Retaliation Reports Discrimination from previous reports to Risk management, by all LULAC's members.

**Signature Authority:** _____     **Date:** 3/25/1—

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

### OFFICE USE ONLY

Initial Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix