111 E. Locust, Ste. 500
Angleton, TX 77515

,www.brazoriacountytx.gov



979-864-1316
979-388-1316
281-756-1316



## DONNA STARKEY
### DISTRICT CLERK
#### BRAZORIA COUNTY

United States Courts
Southern District of Texas
F I L E D

APR 14 2022

Nathan Ochsner, Clerk of Court

3/29/2022

Julio Zuniga, TDCJ #1961551
Memorial Unit
59 Darrington Rd.
Rosharon, TX 77583

RE:   Cause No.:91191-CR in the 149th District Court
      Styled:  The State of Texas vs. Julio Zuniga

Dear Mr. Zuniga:

Please be advised that we have received your Application for Writ of Habeas Corpus 11.07. The cause number assigned to the Writ is 91191-CR-A. A copy of the application has been served on the Special Prosecution Unit of Brazoria County on 03/29/2022.

Sincerely,

**DONNA STARKEY, DISTRICT CLERK**

DS/mc
CC: File

*The Grounds are IAC/Prosecutorial Misconduct/Due Process Clause I Filed This 11.07 just to see what they would do about the "Whistleblowing" in Dec-Feb (2020-21). DA-Cynthia Bridges/Charles Martin began a Statewide Cover-up and proceeded to Cover-up the Misconduct, by Redacting All SCFO Inmate Handbook's 1 and 2,... to Keep Mass Filing's of Habeas Corpus to Overturn Malicious and unlawful Convictions in 6 prisons in Brazoria County. TBCJ and TDCJ quickly took out All Handbook's and gave no explanation to why? All the "Prosecutorial Misconduct" Grounds no longer exist in the new one.*

Julio A. Zuniga   4/8/22