IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS - GALVESTON DIVISION

| | |
|---|---|
| JULIO A. ZUNIGA, et al., <br><br> V. <br><br> BRUCE ARMSTRONG, et al., | MOTION FOR AN ORDER COMPELLING DISCOVERY <br> CIVIL ACTION # 3:21-CV-00096 |

PLAINTIFFS MOVE this COURT FOR an ORDER PURSUANT to RULE 37(a) OF the FEDERAL RULES OF CIVIL PROCEDURE Compelling DEFENDANTS: Angela Chevalier - Bruce Armstrong - Alexandria Ford - Rickey Garcia - AND DEFENDANTS INVOLVED IN 3:21-CV-00096, to PRODUCE FOR INSPECTION and copying the following DOCUMENTS: I-60's/GRIEVANCES STEP 1 and 2/HANDWRITTEN LETTERS FROM SCFO/ Communications NAMELY E-MAIL'S BETWEEN SHERIFF/DA/TDCJ/TBCJ FROM OCTOBER 2020 - FEBURARY 2021 - CONCERNING STATEWIDE REDACTION/REMOVAL OF SCFO HAND BOOK 1 and 2 (Habeas Corpus Hand book For Inmates). THE REGIONS CONTRABAND CASELOAD FOR ALL SIX OR SO UNIT'S IN BRAZORIA County that DA - Cynthia Bridges/Terry Holder CONVICTED 2018 - 2022 AND HAVE HAVE Sgt. ESTRADA/Sgt. Williams/Rickey Garcia/Bruce Armstrong's NAME ON them. PROVIDE REASONS WHY INMATE TRUST FUND WAS CLOSED DOWN AFTER Angela Chevalier's REMOVAL From Darrington For piling up Bodies OF Suicided Inmates IN RECORD #'S. PROVIDE EACH INMATES NAMES that DIED UNDER The CARE OF Bruce Armstrong/Angela Chevalier AND Provide Toxicology Reports - For Proof OF Clandestine poisoning OF SLAVES AND ENTRAPMENT Scheme that continues Today IN BRAZORIA County AND IN ALL 6 Regions OF TEXAS Prisons.

4/9/22

*Julio G. Zuniga*
*Julio A. Zuniga*
59 DARRINGTON RD.
ROSHARON, TEXAS 77583